UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 06-518 (RCL) |
| | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) |
| | ) |
|     Defendant. | ) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant U.S. Department of Homeland Security, respectfully moves for an extension of time, to and including December 6, 2006, within which to respond to plaintiff's Complaint.  This is Defendant's counsel's first request for an enlargement of time for this purpose. Defendant did not obtain the position of Plaintiff in *pro se*, because Plaintiff did not include a telephone number in his Complaint, and no telephone number for Plaintiff was available from directory assistance in Mississippi.

For cause, Defendant states as follows:

The Department of Homeland Security [DHS], has reviewed Plaintiff's FOIA complaint and believes that a dispositive motion in lieu of an Answer is appropriate.  The time requested is needed for DHS to complete preparation of the required *Vaughn* declaration/index, and for this office to thereafter prepare a supporting memorandum of points and authorities in support of a dispositive motion.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.[1]

Dated: October 31, 2006.

          Respectfully submitted,

          ___/s_/_____
          JEFFREY A. TAYLOR, D.C. BAR #498610
          United States Attorney


          __/s/_____
          MADELYN JOHNSON, D.C. BAR #
          Assistant United States Attorney


          __/s/_____
          ALEXANDER D. SHOAIBI,
          Assistant United States Attorney
          5O1 Third Street, N.W., Rm E-4818
          Washington, D.C.  20530
          (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this **31st** day of October, 2006, I caused the foregoing **Defendant's Motion for Enlargement of Time** to be served on plaintiff, postage prepaid, addressed as follows:

**Sam L. Clemmons**
**548 Saint Charles Pl.**
**Brookhaven, MS 39601**

  /s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney

Case 1:06-cv-00518-RCL    Document 4    Filed 10/31/2006    Page 4 of 4