UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-518 (RCL) |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**UPON CONSIDERATION** of defendant's motion for enlargement of time, it is hereby

**ORDERED** that the motion is **GRANTED**. Defendant shall respond to Plaintiff's Complaint on or before December 6, 2006.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2006.