UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
PLAINTIFF

CIVIL ACTION NO: 1: 06CV00518 (RCL)

V

U.S. DEPARTMENT OF HOMELAND SECURITY
DEFENDANTS

AFFIDAVIT OF SERVICE

I, <u>SAM CLEMMONS</u>, hereby declare that on the <u>5TH of OCTOBER 2006</u>. I mailed a copy of the summons and complaint, certified Express Mail with a returned receipt requested, to <u>The U.S. ATTORNEY OFFICE, 501 3RD STREET, NW, WASHINGTON, DC 20001</u>(the Defendant and the Defendant's requested attorney). Attached hereto is the green card acknowledging service with a confirmed tracking number of <u>EQ 236 240 652 US</u>. The Defendants had <u>30 days</u> to response to the Court's summons.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☑ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>U.S. Attorney Office<br>501 3rd Street, N.W.<br>Washington, DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☑ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   EQ2362406 52US | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

...ONS
...LES PLACE
MS 39601
7758

**RECEIVED**
NOV 7 – 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ23 6240 652U S**
Detailed Results:

- Delivered, October 06, 2006, 11:44 am, WASHINGTON, DC 20001
- Notice Left, October 06, 2006, 9:48 am, WASHINGTON, DC 20001
- Enroute, October 06, 2006, 7:21 am, WASHINGTON, DC 20074
- Enroute, October 05, 2006, 7:30 pm, JACKSON, MS 39201
- Acceptance, October 05, 2006, 3:25 pm, BROOKHAVEN, MS 39601

( < Back )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

---

POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do    10/21/2006



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ23 6240 652U S**
Status: **Delivered**

Your item was delivered at 11:44 am on October 06, 2006 in WASHINGTON, DC 20001. The item was signed for by C BAUM.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail. ( Go > )

POSTAL INSPECTORS
Preserving the Trust     site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

```
              Brookhaven Main Office
              Brookhaven, Mississippi
                    396019998
                  2737860601 -0098
10/05/2006        (601)833-3461       03:30:08 PM
                   Sales Receipt
Product           Sale   Unit         Final
Description       Qty    Price        Price

WASHINGTON DC 20001 EM                $14.40
PO-Add Flat Rate
  7.00 oz.
  Label #:        EQ236240652US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)             $1.85
                                     ========
  Issue PVI:                          $16.25

WASHINGTON DC 20530 EM                $14.40
PO-Add Flat Rate
  6.90 oz.
  Label #:        EQ236240649US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)             $1.85
                                     ========
  Issue PVI:                          $16.25

ARLINGTON VA 22202 EM                 $14.40
PO-Add Flat Rate
  6.90 oz.
  Label #:        EQ236240666US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)             $1.85
                                     ========
  Issue PVI:                          $16.25
                                     --------
Total:                                $48.75

Paid by:
AMEX                                  $48.75
  Account #:         XXXXXXXXXXXX3000
  Approval #:        515368
  Transaction #:     18
  23 903260669 4234703015

Bill#: 1000200915048
Clerk: 04

     All sales final on stamps and postage.
     Refunds for guaranteed services only.
           Thank you for your business.
                  Customer Copy
```

[USPS Express Mail label EQ 236 240 652 US, Post Office to Addressee, Label 11-B, March 2004, with Brookhaven, MS 39601 postmark dated OCT 5]