UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
    PLAINTIFF

                              CIVIL ACTION NO: <u>1: 06CV00518 (RCL)</u>

V

U.S. DEPARTMENT OF HOMELAND SECURITY
    DEFENDANTS

## AFFIDAVIT OF SERVICE

I, <u>SAM CLEMMONS</u>, hereby declare that on the <u>5TH of OCTOBER 2006</u>. I mailed a copy of the summons and complaint, certified Express Mail with a returned receipt requested, to <u>The U.S. ATTORNEY GENERAL OFFICE, 950 PENNSYLVANIA AVE, NW, WASHINGTON, DC 20530</u> (the Defendant and the Defendant's requested attorney). Attached hereto is the green card acknowledging service with a confirmed tracking number of <u>EQ 236 240 649 US</u>. The Defendants had 30 days to response to the Court's summons.

[Attached PS Form 3811 Domestic Return Receipt showing article addressed to U.S. Attorney General, 950 Pennsylvania Ave, NW, Washington, DC 20530; Article Number EQ 236 240 649 US; Service Type: Express Mail]

RECEIVED

NOV 7 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ23 6240 649U S**
Detailed Results:

- Delivered, October 06, 2006, 10:43 am, WASHINGTON, DC 20530
- Notice Left, October 06, 2006, 10:37 am, WASHINGTON, DC 20530
- Arrival at Unit, October 06, 2006, 9:59 am, WASHINGTON, DC 20022
- Enroute, October 06, 2006, 7:21 am, WASHINGTON, DC 20074
- Enroute, October 05, 2006, 7:30 pm, JACKSON, MS 39201
- Acceptance, October 05, 2006, 3:26 pm, BROOKHAVEN, MS 39601

( < Back )    ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  Go >

---



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ23 6240 649U S**
Status: **Delivered**

Your item was delivered at 10:43 am on October 06, 2006 in WASHINGTON, DC 20530 to JUSTICE 20530 PU . The item was signed for by C WILLIAMS.

**Additional Details >**    **Return to USPS.com Home >**

### Track & Confirm
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  **Go >**

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  **Go >**

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                  10/21/2006



```
           Brookhaven Main Office
           Brookhaven, Mississippi
                  396019998
              2737860601 -0098
10/05/2006    (601)833-3461      03:30:08 PM
             Sales Receipt
Product        Sale   Unit          Final
Description    Qty    Price         Price

WASHINGTON DC 20001 EM              $14.40
PO-Add Flat Rate
  7.00 oz.
  Label #:         EQ236240652US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)          $1.85
                                  ========
  Issue PVI:                        $16.25

WASHINGTON DC 20530 EM              $14.40
PO-Add Flat Rate
  6.90 oz.
  Label #:         EQ236240649US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)          $1.85
                                  ========
  Issue PVI:                        $16.25

ARLINGTON VA 22202 EM               $14.40
PO-Add Flat Rate
  6.90 oz.
  Label #:         EQ236240666US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)          $1.85
                                  ========
  Issue PVI:                        $16.25

Total:                              $48.75

Paid by:
  AMEX                              $48.75
    Account #:       XXXXXXXXXXXX3000
    Approval #:      515368
    Transaction #:   18
  23 903260669 4234703015

Bill#: 1000200915048
Clerk: 04

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.
                Customer Copy
```