UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO: 1: 06CV00518 (RCL)

V

U.S. Department of Homeland Security
**Attn: Director in Charge**
**Office of FOIA and Privacy Act**
601 South 12th Street, TSA-20
Arlington, VA 22202

AFFIDAVIT OF SERVICE

I, SAM CLEMMONS, hereby declare that on the 5TH of OCTOBER 2006. I mailed a copy of the summons and complaint, certified Express Mail with a returned receipt requested, to The Department of Homeland Security; Attn: Director in Charge, 601 South 12th Street, TSA-20, Arlington, VA 22202 (the Defendant and the Defendant's requested attorney). Attached hereto is the green card acknowledging service with a confirmed tracking number of EQ 236 240 666 US. The Defendants had 30 days to response to the Court's summons.

RECEIVED
NOV 7 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEPT. OF HOMELAND SECURITY
ATTN: DIRECTOR IN CHARGE
601 SOUTH 12TH STREET, TSA-
ARLINGTON, VA 22202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☑ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   U.S. NAVY ANACOSTIA ANNEX, D.C. OCT 11 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☑ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   EQ2362406666US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **EQ23 6240 666U S**
Detailed Results:

- **Delivered,** October 06, 2006, 11:32 am, ARLINGTON, VA 22202
- **Arrival at Unit,** October 06, 2006, 11:22 am, ARLINGTON, VA 22202
- **Enroute,** October 05, 2006, 7:30 pm, JACKSON, MS 39201
- **Acceptance,** October 05, 2006, 3:28 pm, BROOKHAVEN, MS 39601

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail. ( Go > )

---

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust                              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                                                10/21/2006



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ23 6240 666U S**
Status: **Delivered**

Your item was delivered at 11:32 am on October 06, 2006 in ARLINGTON, VA 22202 to NAV POS OP DIV DFAS . The item was signed for by C COLLINS.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  ( Go > )

---

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

```
         Brookhaven Main Office
         Brookhaven, Mississippi
                396019998
             2737860601 -0098
10/05/2006     (601)833-3461       03:30:08 PM

                 Sales Receipt
Product          Sale    Unit          Final
Description      Qty     Price         Price

WASHINGTON DC 20001 EM                 $14.40
PO-Add Flat Rate
  7.00 oz.
  Label #:         EQ236240652US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)             $1.85
                                     ========
  Issue PVI:                           $16.25

WASHINGTON DC 20530 EM                 $14.40
PO-Add Flat Rate
  6.90 oz.
  Label #:         EQ236240649US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)             $1.85
                                     ========
  Issue PVI:                           $16.25

ARLINGTON VA 22202 EM                  $14.40
PO-Add Flat Rate
  6.90 oz.
  Label #:         EQ236240666US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)             $1.85
                                     ========
  Issue PVI:                           $16.25

Total:                                 $48.75

Paid by:
AMEX                                   $48.75
    Account #:       XXXXXXXXXXXX3000
    Approval #:      515368
    Transaction #:   18
    23 903260669 4234703015

Bill#: 1000200915048
Clerk: 04

     All sales final on stamps and postage.
      Refunds for guaranteed services only.
            Thank you for your business.
                   Customer Copy
```