UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL CLEMMONS<br>    PLAINTIFF,<br><br>vs.<br><br>U.S. DEPT. OF HOMELAND SECURITY<br>    DEFENDANT | )   CIVIL ACTION NO:<br>)<br>)   1: 06CV00518 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION REQUEST TO ENTER AFFIDAVIT OF SERVICE IN SUPPORT OF PLAINTIFF'S MOTION REQUEST BEFORE THE CLERK TO ENTER DEFAULT DUE TO THE DEFENDANTS' FAILURES TO OBEY COURT'S INSTRUCTIONS PLACING SUCH DEFENDANTS IN DEFAULT

Comes now the Plaintiff files such Motion Request to enter Affidavit of Service in support of default request for the record revealing to the court the complete delivery date of the Plaintiff's complaint and the Court's summons to appear with a response before this honorable court as instructed by the court to response within <u>30 days</u> after being served according to the Freedom of Information Act.

The Defendants have failed in the following areas:

(1) The Defendants have failed to acknowledge service of the complaint and summons. (2) The Defendants have failed to enter an appearance. (3) The Defendants have failed to request for an enlargement of time if necessary before this honorable court prior to the due date to response.

RECEIVED
NOV 7 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Let the record show all the Defendants were properly served with them receiving such notice of summons on October 6th, 2006. The Defendants deadline date to response is November 6th, 2006 before 5:00 p.m. Eastern Standard Time.

The Plaintiff files such motion request before this Court expressing that the Defendants have failed to response in a timely manner prior to the due date according to Civ.R. 50(b) and (c) (2), 52 (b), 59 (b), (d) and (e), and 60(b), except to extent and under conditions stated in them. Civ.R. 6(b). The rules of the law states that time may be extended by the Court according to Civ. R. 6 (d). As of this date this motion is filed within the Court the Plaintiff has not received any electronic notice of timely filing by the Defendants nor has the Plaintiff received any communication from the Court granting such Defendants an extension in time for the Defendants. Resulting in the Plaintiff placing this Motion to enter Default against the Defendants with merit.

After the clerk has performed such tasks against the Defendants the Plaintiff will later file such proper Motion Request to enter discovery in support of Plaintiff's Motion Request for Summary Judgment by Default due to the Defendant failures to obey the Court's instructions placing such defendants in default.

Respectfully Submitted,

*Sam L. Clemmons*
Plaintiff, *Pro Se*

**See Attachments:**

Summons in Civil Action
Affidavit of Services
Affidavit of Service in Support of Default
Copies of receipts showing cost and proof service
Default Forms (3)
Consent to Proceed Before a United States Magistrate Judge for All Purposes
**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) | CIVIL ACTION NO: |
| ) | |
| Plaintiff ) | |
| ) | **1: 06CV00518 (RCL)** |
| vs. ) | |
| ) | |
| ) | |
| U.S. DEPT. OF HOMELAND SECURITY ) | |
| ) | |
| Defendant ) | |

## ORDER

Upon consideration of the Plaintiff's Motion requests for Judgment by Default after entering confirmed facts against the Defendant's actions for failing to response and obeying the Court's instructions. The Plaintiff has demonstrated good cause shown by means of Affidavit Service filed in a timely manner.

The Plaintiff's <u>ORDER</u> requests should be granted according to the laws of the Freedom of Information Act.

IT IS HEREBY ORDERED that any of the Defendant's Motions requests will be DENIED. It is also ORDERED that any of the Defendant's Motion requests to dismiss will be DENIED. The Plaintiff's Motion Request to move forth for Summary Judgment by Default is <u>GRANTED</u>.

SO ORDERED this _____ day of _____ 2006

_____
United States District Court Judge

**Copies to:**

2

Sam Clemmons, *Pro Se*
548 Saint Charles PL
Brookhaven, MS 39601

Department of Homeland Security
Attn: Director in Charge
601 South 12th Street, TSA-20
Arlington, VA 22202

U.S. Attorney General Office
950 Pennsylvania Ave, NW
Washington, DC 20530

U.S. Attorney Office
501 3rd Street, NW
Washington, DC 20001

CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAM L. CLEMMONS** ) | **CASE NUMBER:** |
| Vs. ) | |
| DEPT. OF HOME LAND SECURITY ) | **1:06CV00518 (RCL)** |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _6TH_ day of _NOVEMBER_, _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _U.S. ATTORNEY GENERAL OFFICE AT 950 PENNSYLVANIA AVE, NW WASHINGTON, DC 20530_ was [were]:   [personally served with process on _____].
OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _OCTOBER 6TH, 2006_ ].
OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_[signature]_
Attorney for Plaintiff(s) [signature]
_546 SAINT CHARLES PL_
_BROOKHAVEN, MS 39601_
_866-409-7758_

Bar Id. Number                              Address and Telephone Number

CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Plaintiff | |
|---|---|
| SAM L. CLEMMONS | ) |
| Vs. | ) CASE NUMBER: |
| DEPT. OF HOME LAND SECURITY | ) 1:06CV00518 (RCL) |
| Defendant | ) |

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the _____ day of _____, _____, and an affidavit on behalf of the plaintiff (s) having been filed, it is this _____ day of _____, _____ declared that _____

_____

_____

_____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk

CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) <br> ) <br> Vs. ) <br> ) <br> DEPT. OF HOME LAND SECURITY ) <br> ) | CASE NUMBER: <br><br> 1:06CV00518 (RCL) |

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _6TH_ day of _OCTOBER_, _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _U.S. Attorney Office @ 501 3rd Street, NW Washington, DC 20001_

was [were]:     [personally served with process on _____].
OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_October 6TH, 2006_____].
OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
_545 Saint Charles PL_
_Brookhaven, MS 39601_
_866-419-7758_

_____
Bar Id. Number                                            Address and Telephone Number

CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Plaintiff | |
|---|---|
| SAM L. CLEMMONS | CASE NUMBER: |
| Vs. | 1:06CV00518 (RCL) |
| DEPT. OF HOME LAND SECURITY | |
| Defendant | |

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the _____ day of _____, _____, and an affidavit on behalf of the plaintiff (s) having been filed, it is this _____ day of _____, _____ declared that

_____
_____
_____
_____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk

CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) | CASE NUMBER: |
| Vs. ) | 1:06CV00518 (RCL) |
| DEPT. OF HOME LAND SECURITY ) | |

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __6TH__ day of _____, __2006__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __DEPT. OF HOMELAND SECURITY, ATTN: DIRECTOR IN CHARGE, 601 SOUTH 12TH STREET TS-20__ was [were]: [personally served with process on _____]. __ARLINGTON, VA 22202__

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
__OCTOBER 6TH, 2006__ ].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____ ].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:

_____ ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
__548 SAINT CHARLES PL__
__BROOKHAVEN, MS 39601__
__866-409-7758__

_____            _____
Bar Id. Number                                  Address and Telephone Number

CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Plaintiff | |
|---|---|
| SAM L. CLEMMONS | ) |
| Vs. | ) CASE NUMBER: |
| DEPT. OF HOME LAND SECURITY | ) 1:06CV00518 (RCL) |
| Defendant | ) |

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the _____ day of _____, _____, and an affidavit on behalf of the plaintiff (s) having been filed, it is this _____ day of _____, _____ declared that

_____
_____
_____
_____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) <br> ) <br> Vs. ) <br> ) <br> DEPT. OF HOME LAND SECURITY ) <br> ) <br> Defendant(s) ) | Civil Action No. 06 0518 RCL |

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____          _____
Attorney for the Plaintiff(s)                          Date

_____          _____
Attorney for the Defendant(s)                        Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____          _____
United States District Judge                          Date

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED
        TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

## WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are not foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

## WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th of November 2006, a true copy of the **PLAINTIFF'S MOTION REQUEST TO ENTER AFFIDAVIT OF SERVICE IN SUPPORT OF PLAINTIFF'S MOTION REQUEST BEFORE THE CLERK TO ENTER DEFAULT DUE TO THE DEFENDANTS' FAILURES TO OBEY COURT'S INSTRUCTIONS PLACING SUCH DEFENDANTS IN DEFAULT** were served by regular first class mail concerning case # 1:06CV00518 (RCL):

To: The Following:

Department of Homeland Security
Attn: Director in Charge
601 South 12th Street, TSA-20
Arlington, VA 22202

U.S. Attorney General Office
950 Pennsylvania Ave, NW
Washington, DC 20530

U.S. Attorney Office
501 3rd Street, NW
Washington, DC 20001

And

District Court for the District of Columbia
**Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

*(signature)*
Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601