# Appendix I

# EXHIBIT # 1

# Transportation Security Screener Candidates
## Applicant Information and Instructions

08/20/2002

Samuel L. Clemmons
2304 Glenridge Stratford Drive  P.O. Box 28558
Atlanta, GA  30342

You have been invited to participate in an assessment for a position with the Transportation Security Administration, U.S. Department of Transportation (DOT).

**The time and a date of your assessment have already been confirmed.** If you have any questions about your assessment schedule, you may contact our Customer Service Center at the phone number listed below.

The first part of the assessment is a four-hour computer-based training examination. Check-in for the assessment starts **one half hour** before the start of the exam. You may not be allowed to sit for the exam if you arrive more than 15 minutes after the scheduled registration. The assessment will last a day and a half.

You must be prepared to show two (2) forms of personal identification. Both must have your signature, and one of the two must have your photo. Failure to present the required identification may disqualify you from the assessment process.

In addition, you will find enclosed the following materials:

- Standard Form (SF) 85P Questionnaire for Public Trust Positions
- Standard Form (SF) 93 Report of Medical History
- List of acceptable documents to verify identity

**PLEASE REVIEW THESE MATERIALS CAREFULLY. ALL OF THE FORMS IN THIS PACKAGE MUST BE COMPLETELY AND LEGIBLY FILLED OUT. YOU MUST BRING THE COMPLETED FORMS WITH YOU TO THE ASSESSMENT.** If you have any questions regarding the assessment process, please contact our Customer Service Center at 1-888-328-6172 (the TTY line is 1-877-343-9287).

# Transportation Security Screener Candidates
## Applicant Information and Instructions

08/20/2002

Samuel L. Clemmons
2304 Glenridge Stratford Drive  P.O. Box 28558
Atlanta, GA  30342

You have been invited to participate in an assessment for a position with the Transportation Security Administration, U.S. Department of Transportation (DOT).

**The time and a date of your assessment have already been confirmed.** If you have any questions about your assessment schedule, you may contact our Customer Service Center at the phone number listed below.

The first part of the assessment is a four-hour computer-based training examination. Check-in for the assessment starts **one half hour** before the start of the exam. You may not be allowed to sit for the exam if you arrive more than 15 minutes after the scheduled registration. The assessment will last a day and a half.

You must be prepared to show two (2) forms of personal identification. Both must have your signature, and one of the two must have your photo. Failure to present the required identification may disqualify you from the assessment process.

In addition, you will find enclosed the following materials:

- Standard Form (SF) 85P Questionnaire for Public Trust Positions
- Standard Form (SF) 93 Report of Medical History
- List of acceptable documents to verify identity

**PLEASE REVIEW THESE MATERIALS CAREFULLY. ALL OF THE FORMS IN THIS PACKAGE MUST BE COMPLETELY AND LEGIBLY FILLED OUT. YOU MUST BRING THE COMPLETED FORMS WITH YOU TO THE ASSESSMENT.** If you have any questions regarding the assessment process, please contact our Customer Service Center at 1-888-328-6172 (the TTY line is 1-877-343-9287).

# EXHIBIT # 2

15



**U.S. DEPARTMENT OF TRANSPORTATION**
**TRANSPORTATION SECURITY ADMINISTRATION**
**400 7th STREET**
**WASHINGTON, D.C. 20590**

Date: 09/03/02     Testing Location: Atlanta

Name: Clemmons, Samuel

SSN: 427-08-___

Candidate ID #: 3059583

*Congratulations!* You have successfully passed all of the assessments for consideration for an appointment as a Lead Transportation Security Screener in the Department of Transportation, Transportation Security Administration.

At this time, you will be placed in a **Ready Pool** of candidates. This Ready Pool will provide the Department of Transportation (DOT), Transportation Security Administration (TSA) with individuals who can be rapidly trained and placed at the airports. As positions and training dates become available, TSA will draw first from the Ready Pool to fill these positions. The order of filling these jobs from the Ready Pool will be based on selective factors required to meet TSA staffing needs. These factors include workforce requirements and job-related experience and certifications. We will continue to process your background investigation for the necessary security clearance. **It is recommended that you NOT resign or give immediate notice to resign from your current place of employment until you receive an official offer of employment.**

An appointment to this position is contingent upon the successful results of your security background investigation, urinalysis drug test, any outstanding medical information results, and the successful completion of the required training.

Frequently, applicants ask questions about the nature of the background investigation and about problems that may surface in it. The following information is intended to answer the questions, which are asked more often:

- The purpose of the background investigation is to ensure that applicants meet the TSA's personnel security standards. Background investigations are extremely thorough. At a minimum, the TSA will ensure that your credit history is satisfactory and that you do not have a criminal history. We will contact regional credit bureaus where you have lived, and conduct checks of local law enforcement agencies for jurisdictions in which you have resided, attended school, or been employed. Also, if you have served in the military, we will review your military records.

- We will withdraw an employment offer if the investigation reveals information that precludes a security and/or suitability clearance (e.g., serious credit problems, abuse of alcohol, history of illegal drug use outside of TSA guidelines, misrepresentations during the application process, etc.) In addition, applicants who have been convicted of a felony or domestic violence charge or who display a lack of candor during any phase of the hiring process will be automatically disqualified from further consideration.

- The TSA, which is firmly committed to a drug-free society and work place, realizes that qualified individuals may have used illegal drugs at some point in their past. It is the policy of the TSA that prospective employees will be required to pass a urinalysis test, which screens illegal drug use prior to final appointment.

It creates significant hardship for both the TSA and the candidate, who has passed all of the assessments, if the offer must be withdrawn at the end of the background process. To prevent such hardship, we want to alert you to these potential problems now, at the outset, and invite you to discuss any concerns you may have. If you have any concerns you wish to discuss, please contact a Human Resources staff member at the TSA Assessment Center immediately.

If you find that you are no longer interested in this position or unable to meet the conditions of employment, please notify a Human Resources staff member at 1 (888) 218-1555.

Thank you for your interest in employment with TSA. Should you be called for an appointment, you should find here a great opportunity for public service and a distinguished career in transportation security.

_____
Human Resources Representative

Accepted: _____
(Applicant Signature)

# EXHIBIT # 3

# FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM

American Medical Laboratories, Inc.
4225 Newbrook Drive
P.O. Box 10841
Chantilly, Virginia 20153-0841
703-802-6900 • 800-852-9528

**STEP 1: TO BE COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

▲ LABORATORY ACCESSION NO. ▲
CODE

A. Employer Name, Address and I.D. No.
[illegible] ATL
[illegible] HATSFIELD ATLANTA [illegible]
[illegible] BOONE BLVD SUITE [illegible]
[illegible], VA 22102

B. MRO Name, Address, Phone and Fax No.
[illegible]

C. Donor SSN or Employee I.D. No.

D. Reason for Test: ☒ Pre-employment  ☐ Random  ☐ Reasonable Suspicion/Cause  ☐ Post Accident
☐ Return to Duty  ☐ Follow-up  ☐ OTHER (specify) _____

E. Drug Tests to be performed:  ☒ THC, COC, PCP, OPI, AMP  ☐ THC & COC Only  ☐ Other (specify) _____

F. Collection Site Address: WESTIN PEACHTREE
210 PEACHTREE STREET, NW   ATLANTA GA [illegible]

Collector Phone No. _____
Collector Fax No. _____

**STEP 2: COMPLETED BY COLLECTOR**

Read specimen temperature within 4 minutes. Is temperature between 90° and 100°F? ☒ Yes  ☐ No, Enter Remark

Specimen Collection: ☒ Split  ☐ Single  ☐ None Provided (Enter Remark)  ☐ Observed (Enter Remark)

REMARKS

**STEP 3:** Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5 on Copy 2 (MRO Copy)

**STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**

I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed and released to the Delivery Service noted in accordance with applicable Federal requirements.

X _____ Signature of Collector    Time of Collection  AM/PM
_____ (PRINT) Collector's Name (First, MI, Last)    Date (Mo./Day/Yr.)

SPECIMEN BOTTLE(S) RELEASED TO: _____
Name of Delivery Service Transferring Specimen to Lab

RECEIVED AT LAB:
X _____ Signature of Accessioner
_____ (PRINT) Accessioner's Name (First, MI, Last)    Date (Mo./Day/Yr.)

Primary Specimen Bottle Seal Intact
☐ Yes
☐ No, Enter Remark Below

SPECIMEN BOTTLE(S) RELEASED TO:

**STEP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _____ Signature of Donor    _____ (PRINT) Donor's Name (First, MI, Last)    Date (Mo./Day/Yr.)

Daytime Phone No. ( )    Evening Phone No. ( )    Date of Birth ___ / ___ / ___
Mo. Day Yr.

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5). —DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                         ☐ ADULTERATED  ☐ SUBSTITUTED

REMARKS _____

X _____ Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:
☐ RECONFIRMED  ☐ FAILED TO RECONFIRM - REASON _____

_____ Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo./Day/Yr.)

COPY 5 - DONOR COPY

# EXHIBIT # 4

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Tanisha Jacob  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Tanisha Jacob  C. Date of Delivery: 9/9/03 |
| 1. Article Addressed to:<br>DEPT OF TRANSPORTATION<br>DOT'S FREEDOM OF INFO<br>RECORD MANAGEMENT SEC<br>WASHINGTON, DC 20537 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 3150 0005 0347 6311 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

# EXHIBIT # 5

U.S. Department of Homeland Security

Freedom of Information Act
and Privacy Act Division
601 South 12th Street, TSA-20
Arlington, VA 22202

**Transportation Security Administration**

December 10, 2003

TSA04-0539

Mr. Sam Clemmons
2304 Glenridge Dr.
Atlanta, GA 30342

Dear Mr. Clemmons:

This letter concerns your request dated July 15, 2003, pursuant to the Freedom of Information/Privacy Act.

In order to process your request and protect your privacy, we ask that you provide the following statement for us to verify your identity. We will accept a fax of this statement to begin the process, however, an "original" signed version must be mailed to our office to allow us to release the information being requested. Please mail the "original" signed version to the Freedom of Information/Privacy Division, TSA Headquarters, East Tower, 4th Floor, TSA-20, 601 South 12th Street, Arlington, VA 22202-4220. Our fax number is 571-227-1946. If we do not receive an original signed statement within 30 days, we will assume that you no longer require the information and your request will be administratively closed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552(i)(3) by fine of not more than $5,000.

Signature _____ Date 12/20/03

If you have any questions concerning your request, please call (866) 364-2872 and reference the identification number listed above.

Sincerely,

Patricia M. Riep-Dice
Associate Director
Freedom of Information Act/Privacy Act Division
Office of Security

www.tsa.gov

# EXHIBIT # 6

**U.S. Department of Transportation**

Office of the Secretary of Transportation

400 Seventh Street, S.W.
Washington, DC 20590-0001

Official Business
Penalty for Private Use $300

3034244945

Sam L. Clemmons
2304 Glenridge Drive
Atlanta, GA 30342

CLEM304
NOTIFY SENDER OF NEW ADDRESS
CLEMMONS
PO BOX 29550
ATLANTA GA 30358-0350

**U.S. Department of Transportation**

Office of the Secretary of Transportation

GENERAL COUNSEL

400 Seventh St., S.W.
Washington, D.C. 20590

Sam L. Clemmons
2304 Glenridge Drive
Atlanta, GA  30342

**File No. FY2004-008**

Dear Mr. Clemmons:

We received your Freedom of Information Act request on <u>October 1, 2003</u>. Your letter, dated <u>July 15, 2003</u>, asks for records pertaining to private information on yourself.

The type of records you request, if extant, would be under the purview of the Transportation Security Administration (TSA). Please be advised that TSA is no longer part of the Department of Transportation. As of 7th March 2003, the agency became part of the Department of Homeland Security.

We are referring your request to the following office:

    Ms. Patricia M. Riep-Dice, Associate Director
    Freedom of Information Division TSA-20
    Transportation Security Administration
    *701 S. 12th Street*
    *West Tower, 10th Floor South*
    *Arlington, VA  22202*

Sincerely,

*Kathy Ray*
Kathy Ray, FOIA Officer
Freedom of Information Act Division

cc:    Ms. Pat Riep-Dice

# EXHIBIT # 7



United States Department of Transportation
**TRANSPORTATION SECURITY ADMINISTRATION**
601 South 12th St.
Arlington, VA 22202-4220

Sam Clemmons
2304 Glenridge Dr.
Atlanta, GA 30342

CLEM304 30342023 1703 12 12/18/03
NOTIFY SENDER OF NEW ADDRESS
CLEMMONS
PO BOX 28558
ATLANTA GA 30358-0558



Department of Homeland Security

Freedom of Information Act
and Privacy Act Division
601 South 12th Street, TSA-20
Arlington, VA 22202

**Transportation Security Administration**

December 10, 2003

TSA04-0539

Mr. Sam Clemmons
2304 Glenridge Dr.
Atlanta, GA 30342

Dear Mr. Clemmons:

This is to inform you that on December 5, 2003, the Transportation Security Adminisatration (TSA) Freedom of Information Act (FOIA) Office received your FOIA request dated July 15, 2003.

Your request has been given identification number TSA04-0539. Please be advised that TSA currently has a backlog of requests due to the high number of FOIA inquiries we are receiving. We are devoting additional staff and resources to reducing the backlog and using our best efforts to process all requests with due diligence on a first-in, first-out basis. Simple requests are able to be answered more quickly and will be placed on the fast track of our multi-track processing. More complex requests generally require significant processing time. Although TSA's goal is to respond within 20 business days of receipt of your request, the FOIA does permit a 10-day extension of this time period. If your request involves a voluminous amount of records, requires that we collect records from separate offices, or requires that we consult with another agency, TSA is invoking the 10-day extension for your request.

At the present time, however, based on a preliminary review of your request and our current backlog, we do not expect to be able to respond to your request until four months from the date of this letter. If you would like to narrow the scope of your request, we may be able to respond more quickly. Please contact us if you wish to narrow your request or arrange for an alternative time period to complete the processing. We regret any inconvenience caused by the delay. We can be reached at the following toll free number (866) 364-2872 and please reference the identification number listed above.

Sincerely,

Patricia M. Riep-Dice
Associate Director
Freedom of Information Act/Privacy Act Division
Office of Security

www.tsa.gov