# EXHIBIT # 8

U.S. Department of Homeland Security

Freedom of Information Act
and Privacy Act Division
Arlington, VA 22202

April 7, 2004

TSA04-0904



Transportation
Security
Administration

Mr. Sam Clemmons
2304 Glenridge Dr.
Atlanta, GA 30342

Dear Mr. Clemmons:

This is to inform you that on April 7, 2004, the Transportation Security Administration (TSA) Freedom of Information Act (FOIA) Office received your FOIA request dated July 15, 2003.

Your request has been given identification number TSA04-0904. Please be advised that TSA currently has a backlog of requests due to the high number of FOIA inquiries we are receiving. We are devoting additional staff and resources to reducing the backlog and using our best efforts to process all requests with due diligence on a first-in, first-out basis. Simple requests are able to be answered more quickly and will be placed on the fast track of our multi-track processing. More complex requests generally require significant processing time. Although TSA's goal is to respond within 20 business days of receipt of your request, the FOIA does permit a 10-day extension of this time period. If your request involves a voluminous amount of records, requires that we collect records from separate offices, or requires that we consult with another agency, TSA is invoking the 10-day extension for your request.

At the present time, however, based on a preliminary review of your request and our current backlog, we do not expect to be able to respond to your request until four months from the date of this letter. If you would like to narrow the scope of your request, we may be able to respond more quickly. Please contact us if you wish to narrow your request or arrange for an alternative time period to complete the processing. We regret any inconvenience caused by the delay. We can be reached at the following toll free number (866) 364-2872 and please reference the identification number listed above.

Sincerely,

*[signature]*

Patricia M. Riep-Dice
Associate Director
Freedom of Information Act and
 Privacy Act Division

3\

www.tsa.gov

# EXHIBIT # 9



**U.S. Department of Homeland Security**

Freedom of Information Act & Privacy Act Division
601 South 12th Street
Arlington, VA 22202

**Transportation Security Administration**

Sam Clemmons
2304 Glenridge Dr.
Atlanta, GA 30342

CLEM304 303423055 1703 10 04/21/04
NOTIFY SENDER OF NEW ADDRESS
CLEMMONS
3725 GEORGE BUSBEE PKWY NW APT 508
KENNESAW GA 30144-6624

33



U.S. Department of Homeland Security

Freedom of Information Act
and Privacy Act Division
Arlington, VA 22202

**Transportation
Security
Administration**

FOIA Case Number TSA04-0539

Mr. Sam Clemmons
2304 Glenridge Dr.
Atlanta, GA 30342

Dear Mr. Clemmons:

This letter is in response to your Freedom of Information Act (FOIA) request dated April 7, 2004, specifically requesting, "any information you may have had to alter your decision to bring me on board in this career opportunity." We have processed your request under the Freedom of Information Act, 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a.

A search within the Transportation Security Administration (TSA) was conducted and no records were found responsive to your request.

The undersigned is the person responsible for this determination. Appeal to this determination may be made in writing to Douglas Callen, Director, Office of Security, Transportation Security Administration, West Tower, TSA-20, 601 South 12th Street, Arlington, VA 22202-4220. Your appeal must be submitted within 60 days from the date of this determination. It should contain your FOIA request number and state, to the extent possible, the reasons why you believe the initial determination should be reversed. In addition, the envelope in which the appeal is mailed in should be prominently marked "FOIA Appeal." The Director's determination will be administratively final. If you have any questions pertaining to your request, please feel free to contact Catrina Pavlik at 1-866-364-2872.

Sincerely,

Patricia M. Riep-Dice
Associate Director
Freedom of Information Act
And Privacy Act Division

www.tsa.gov

# EXHIBIT # 10

FedEx Express
Customer Support
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone 901-369-3600


**FedEx.**
Express

July 12, 2005

FedEx Customer
(770) 794-1872

Dear FedEx Customer:

Our records reflect the following delivery information for the shipment with the tracking number 851143709141. The information is incomplete and we regret the inconvenience this may cause. However, as stated in the FedEx Service Guide, we assume no liability for our inability to provide a copy of the delivery record.

Delivery Information:

Signed For By:   N. DUNCAN

Delivered to:   601 S ST 8TH FL TSA 19

Delivery Date:   July 12, 2005

Delivery Time:   10:11 AM

Shipping Information:

Tracking No:   851143709141          Ship Date:   July 08, 2005

Shipper:   SAM CLEMMINS               Recipient:   PATRICIA M RIEP-DTCE
                                                   TRANSPORTATION
                                                   SECURITY ADMINI
                                                   601 S 12TH ST TSA 20 RECO
                                                   ARLINGTON, VA 22202
                                                   US

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R20050712002253125OO

This information is provided subject to the FedEx Service Guide.

(34)

*Sam L. Clemmons*
*548 Saint Charles PL*
*Brookhaven, MS 39601*
*1-866-409-7758*

July 8, 2005

Transportation Security Administration
Freedom of Information Section
Record Management Section
**Attn: Patricia M. Riep-Dice**
**601 South 12th Street, TSA-20**
Arlington, VA 22202

Re: Request Number TSA 04-0539

Dear Ms. Riep-Dice:

I am submitting this request to you again to release all information according to the request number as stated above and the full results of my background investigation according to the Freedom of Information Act, 5 U.S.C. 552.

Let the record show that this is not my first request but several request, requesting the release of my records for further review.

I have also attached a copy of such regulation that shows the time frame when such agency have to release requested information according to the federal law. Please review such paragraph concerning regular processing. Since the first initial request on December 20, 2003, it has been well over such timeframe in which you should have released such information according to the law.

Since this matter of review is so important into reviewing the record, I am enclosing a money order in the amount of $25.00 if needed.

Within the next few days, according to the law, I will be expecting to have such complete file for further review in my custody.

Once again for the record, my honesty was in my application and by me passing the all phases in the application process. I had nothing wrong in my background that should have prevent me from becoming apart of this agency.

Sincerely,

Samuel L. Clemmons
TSA Applicant
Enclosures (3)

37



**CUSTOMER'S RECEIPT**

KEEP THIS RECEIPT FOR YOUR RECORDS

PAY TO: TRANSPORTATION SECURITY ADM.
ADDRESS: 601 SOUTH 12TH STREET, TSA-20 ARLINGTON, VA 22202
C.O.D. OR USED FOR: REQUEST # TSA 04-0539

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

SERIAL NUMBER: 0856193357
YEAR, MONTH, DAY: 2005-07-06
POST OFFICE: 301440
AMOUNT: $25.00
CLERK: 0005

**POSTAL MONEY ORDER**   15-800/000

SERIAL NUMBER: 0856193357
YEAR, MONTH, DAY: 2005-07-06
POST OFFICE: 301440
U.S. DOLLARS AND CENTS: $$$25.00¢

TWENTY FIVE DOLLARS & 00¢ *************

PAY TO: TRANSPORTATION SECURITY ADM.
ADDRESS: 601 SOUTH 12TH STREET, TSA-20 ARLINGTON, VA 22202
C.O.D. NO. OR USED FOR: REQUEST # TSA 04-0539

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

FROM: SAM CLEMMONS
ADDRESS: 548 SAINT CHARLES PL BROOKHAVEN, MS 39601
CLERK: 0005

⑆000000800⑆  0856193357⑈

36

Agencies Requirements in responding to releasing FOIA Requests:
Discovered May 20, 2005

You may also submit your request to the OIG by fax or electronic mail. The fax number is (703)248-4626 and the electronic mailbox is foia@uspsoig.gov. The OIG will begin processing your request upon receipt by the FOIA Officer.

### How to make a FOIA Request #

You may make a FOIA request for any agency records; however, the records may be protected by one of the FOIA exemptions or exclusions. You must submit your FOIA request in writing and prominently note, "Freedom of Information Act Request" on the first page. Your FOIA request should describe the records sought in sufficient detail to enable us to locate the records with a reasonable amount of effort. Whenever possible, you should include specific information about each <u>record</u> sought, such as the date, number, title or name, author, recipient, and subject matter of the record.

Please be aware that the FOIA does not require us to do research for you, to analyze data, to answer written questions, or to create records in response to a request.

### Time for Response #

We have three methods for responding to your FOIA request. The methods, which have different response times, are regular processing, expedited processing, and extended response time processing. A request is deemed to have been received by the OIG for purposes of computing time for response at the time is actually received by the FOIA Officer.

**Regular Processing**

Once your FOIA request is received, a determination will be made within twenty days (excluding Saturday, Sundays, and legal public holidays) whether to disclose or deny the records sought.

**Expedited Processing**

You may be entitled to expedited processing of your FOIA request if you certify that you have a compelling need. A compelling need may be a threat to someone's life or physical safety. You may also have a compelling need if you are primarily engaged in disseminating information to the public and the information is urgently needed to inform the public concerning actual or alleged Federal Government activity. The request for expedited processing must include your reasons why your request should be expedited. You should also certify that your reasons are true and correct. Within ten days after receiving your request, you will be notified regarding the decision to expedite your request. If we decide to expedite your request, it will be processed as soon as practicable. If we deny your request for expedited processing, you have the right to submit an appeal, which we will handle expeditiously.

*Extended Response Time Processing*
Under the FOIA, we may extend the response time for an additional ten business days based upon unusual circumstances involved in the request, such as the volume of records sought.

**Fees #**
We will furnish, without charge, reasonable quantities of material that we have available for free distribution to the public. Under the FOIA, we are permitted to charge certain fees for processing FOIA requests. Fees may vary depending on the requester's category. Commercial requesters may be charged fees for searching, reviewing, and duplicating records. Noncommercial requesters, such as educational or scientific institutions and the news media, are only charged for the duplicating expenses, after the first 100 pages of copies. All other requesters who do not fall within either of these two categories are not charged for the review of the records, only for the search and duplication of the records. No charge is assessed for the first two hours of search time or for the first 100 pages of copies.

*Fees $10.00 or less*
If the total fee for searching, reviewing, and duplicating is $10.00 or less no fee is assessed.

*Fees $25.00 or more*
If you do not include an acceptable agreement to pay the fees at the time of your request, we will promptly notify you if the estimated cost for processing your request is expected to exceed $25.00. Once you provide us with an agreement to pay all fees, we will release the records.

*Fees over $250.00*
If the estimated fees exceed $250.00, we may require you to pay the fees in advance.

*Fee Waivers*
We may waive fees, if the disclosure of the requested information contributes significantly to the public's understanding of the operation or activities of the government and is not primarily in the commercial interest of the requester.

**Initial Request Determination #**
Once we have processed your request and any fee issues have been resolved, we will send you a written notice explaining our determination to disclose or deny records. If information is being withheld, we will specify the FOIA exemption that pertains to the denial. You will also be advised of your right to appeal any adverse determination. If pages of the requested information are withheld in their entirety, we will usually specify the number of pages being withheld or will make a reasonable effort to estimate the amount of withheld information.

**Appeals#**
When we deny records or a fee waiver, you may file an appeal in writing to:

# EXHBIT # 11

42

Mr. Samuel Clemmons
548 Saint Charles Place
Brookhaven, MS 39601

**U.S. Department of Homeland Security**

Freedom of Information Act and Privacy Division
601 South 12th Street
Arlington, VA 22202



**Transportation
Security
Administration**

JUL 18 2005

U.S. Department of Homeland Security
Freedom of Information Act
and Privacy Act Division
Arlington, VA 22202

TSA05-0773

Mr. Samuel Clemmons
548 Saint Charles Place
Brookhaven, MS 39601


Transportation
Security
Administration

Dear Mr. Clemmons:

This is to inform you that on July 18, 2005, the Transportation Security Administration (TSA) Freedom of Information Act (FOIA) Office received your FOIA request dated July 8, 2005. Your request has been given identification number TSA05-0773. Please cite this number in any further inquiry about this request.

I must advise you that depending upon the category of requesters you fall in, fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. In accordance with 6 C.F.R. §5.3(c), if you make a FOIA request, it shall be a firm commitment by you to pay all applicable fees charged under § 5.11 up to $25.00. The combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Many requests do not require any fees however, if fees exceed $25.00, we will notify you beforehand.

TSA uses a multi-track system to process request on a first in, first out basis. Simple requests are able to be answered more quickly and will be placed on the fast track of our multi-track processing. More complex requests generally require significant processing time. Although TSA's goal is to respond with 20 business days of receipt of your request, the FOIA does permit a 10-day extension of this time period. If your request involves a voluminous amount of records, requires that we collect records from separate offices, or requires that we consult with another agency, TSA is invoking the 10-day extension for your request.

If you would like to narrow the scope of your request, we may be able to respond more quickly. Please contact us if you wish to narrow your request or arrange for an alternative time period to complete the processing. We can be reached at the following toll free number (866) 364-2872.

Sincerely,

Catrina M. Pavlik
Associate Director
Freedom of Information Act
and Privacy Act Division

www.tsa.gov

# EXHIBIT # 12

**U.S. Department of Homeland Security**

Freedom of Information Act and Privacy Division
601 South 12th Street
Arlington, VA 22202



**Transportation
Security
Administration**

Mr. Samuel Clemmons
548 Saint Charles Place
Brookhaven, MS 39601



U.S. Department of Homeland Security

Freedom of Information Act
and Privacy Act Division
Arlington, VA 22202

JUL 18 2005



Transportation
Security
Administration

Mr. Samuel Clemmons
548 Saint Charles Place
Brookhaven, MS 39601

FOIA Case Number: TSA 05-0773

Dear Mr. Clemmons:

This letter is a response to your Freedom of Information Act (FOIA) request dated July 8, 2005, in which you requested a copy of all records concerning you as well as the full results of your background investigation. We have processed your request under the Freedom of Information Act, 5 U.S.C. § 552 and the Privacy Act 5 U.S.C. § 552a.

A search within the Transportation Security Administration (TSA) was conducted and documents (1 page) responsive to your request were located. We have determined to release the page to you in its entirety. In the interest of convenience, TSA is providing the following response regarding the information you requested. Your previous test results expired as of August 24, 2002 and you need to be retested and must reapply due to recent changes in TSA security regulations. Please contract the TSA recruitment center toll free at (800) 887-1895 for updated information and requirements for re-application.

There is no fee associated with processing this request, and we are returning your money order (for $25.00) that was included with your original request.

If you have any questions pertaining to your request, please feel free to contact the FOIA office at 866-364-2872.

Sincerely,

Catrina Pavlik

Catrina M. Pavlik
Associate Director
Freedom of Information Act
And Privacy Act Division

www.tsa.gov

NCSPDATA                                                    12/12/2003

| QSID | SSN | NAMEL | NAMEF | NAMEM | TSAVAN |
|---|---|---|---|---|---|
| 3059583 | 427086671 | CLEMMONS | SAMUEL | L | TSA-ATL-0011 |

*Expired*

NCSPDATA                                                    12/12/2003

| CLIENT | TESTDATE | TDATE | VUEID | APP | NGENDER |
|---|---|---|---|---|---|
| TSA | 8/24/2002 | 20020824 | 2084851 | 3 | 2 |

NCSPDATA                                                    12/12/2003

| LOCATION | POSITION | VET | VET1 | VET2 | SX1 |
|---|---|---|---|---|---|
| ATL | Lead Screener | Yes | 1 | 3 | No |

NCSPDATA                                                    12/12/2003

| GRD_TSS | GRD_TSSB | GRD_STSS | GRD_LTSS | GRD_MSF | TCID |
|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 48531 |

NCSPDATA                                                    12/12/2003

| TCNAME | CITYSZ | EMPNAME | DOB | DUTYLOC | HDATE |
|---|---|---|---|---|---|
| Atlanta (ATL)/( | Atlanta, GA | | | | |

NCSPDATA                                                    12/12/2003

| HAIRID | HJOB | TESTED | PHASE1 | PHASE2 | OFFER |
|---|---|---|---|---|---|
| | | 1 | 1 | 1 | |

NCSPDATA                                                    12/12/2003

| HIRED | ACCEPT | READY |
|---|---|---|
| 0 | | 1 |

46



49