## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SAM L. CLEMMONS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-518 (RCL)** |
| | ) | |
| **U.S. DEPARTMENT OF HOMELAND** | ) | |
| **SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant U.S.

Department of Homeland Security (DHS), respectfully moves for an extension of time, to and

including January 6, 2006, within which to respond to plaintiff's Complaint.  This is Defendant's

counsel's second request for an enlargement of time for this purpose. Defendant did not obtain

the position of Plaintiff in *pro se*, because Plaintiff did not include a telephone number in his

Complaint, and no telephone number for Plaintiff was available from directory assistance in

Mississippi.

For cause, Defendant states as follows:

Undersigned counsel has been working with DHS diligently on a dispositive motion

responsive to Plaintiff's FOIA complaint.  Defendant, however, requests additional time to

finalize the declarations and exhibits supporting this motion.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.[1]

Dated: December 6, 2006.

Respectfully submitted,

___/s_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

___/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

___/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4818
Washington, D.C.  20530
(202) 514-7236

---

[1]Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this __6TH__ day of November, 2006, I caused the foregoing

**Defendant's Motion for Enlargement of Time** to be served on plaintiff, postage prepaid,

addressed as follows:

**Sam L. Clemmons**
**548 Saint Charles Pl.**
**Brookhaven, MS 39601**

_/s/_ _____
ALEXANDER D. SHOAIBI
Assistant United States Attorney