UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-518 (RCL) |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION REQUEST TO ENTER DISCOVERY**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant U.S. Department of Homeland Security (DHS), respectfully moves for an extension of time, to and including January 6, 2006, within which to respond to "plaintiff's motion request to enter discovery in support of plaintiff's motion request to enter default after the plaintiff's motion request to enter affidavit of service in support of plaintiff's motion request before the clerk to enter default due to the defendant's failures to obey court's instructions placing such defendants in default for failures to obey court's instructions after being properly served." (Docket #10). In plaintiff's motion, he makes essentially the same allegations contained in his Amended Complaint (Docket #3), attaching exhibits to support these allegations. Referencing the attached exhibits, plaintiff states "these Exhibits will show the Court, Jury and the Defendant's Counsel all the communication expressed before the Court in the Plaintiff's initial complaint as accurate, true and verified correct." (Plaintiff's Motion Request to Enter Discovery, page 2, line 20-22).

As stated in its Second Motion for Enlargement of Time to Respond to Amended Complaint, defendant is preparing a dispositive motion that will address the allegations in

plaintiff's Amended Complaint. Defendant requests that it be allowed to respond to plaintiff's "Motion Request to Enter Discovery" in the same dispositive motion, thus resolving all overlapping issues raised by plaintiff in that motion.

Defendant did not obtain the position of Plaintiff in *pro se*, because Plaintiff did not include a telephone number in his Complaint, and no telephone number for Plaintiff was available from directory assistance in Mississippi.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.[1]

Dated: December 6, 2006.

                                                          Respectfully submitted,

                                                          ___/s_/_____
                                                          JEFFREY A. TAYLOR, D.C. BAR #498610
                                                          United States Attorney

                                                          __/s/_____
                                                          RUDOLPH CONTRERAS, D.C. BAR #434122
                                                          Assistant United States Attorney

                                                          __/s/_____
                                                          ALEXANDER D. SHOAIBI, D.C. BAR #423587
                                                          Assistant United States Attorney
                                                          5O1 Third Street, N.W., Rm E-4818
                                                          Washington, D.C.  20530
                                                          (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this **7TH** day of November, 2006, I caused the foregoing **Defendant's Motion for Enlargement of Time to Respond to Plaintiff's Motion Request to Enter Discovery** to be served on plaintiff, postage prepaid, addressed as follows:

**Sam L. Clemmons**
**548 Saint Charles Pl.**
**Brookhaven, MS 39601**

      /s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney

Case 1:06-cv-00518-RCL    Document 12    Filed 12/07/2006    Page 4 of 4