UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-518 (RCL) |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

**UPON CONSIDERATION** of defendant's motion for enlargement of time to respond to plaintiff's motion request to enter discovery, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant shall respond to Plaintiff's motion request to enter discovery on or before January 6, 2006.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2006.