UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS<br>    PLAINTIFF<br><br>vs.<br><br>U.S. DEPT. OF HOMELAND SECURITY<br>    DEFENDANTS | CIVIL ACTION NO:<br><br>1: 06CV00518 (RCL)<br><br>**REVISED COPY** |

<u>PLAINTIFF'S MOTION REQUESTS TO ENTER ALTERATIVE MOTION BEFORE THE COURT IN CASE DEFENDANT WISHES TO MOVE FORTH FOR A JURY TRIAL IF NECESSARY. PLAINTIFF ENTERS PLAINTIFF'S FIRST REQUEST FOR ADMISSION, SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT TO SET STAGE FOR JURY TRIAL IF NECESSARY IN SUPPORT OF AN ADDITIONAL EXHIBIT WHICH WILL BE **EXHIBIT # 13** JUSTIFYING AN ILLEGAL BACKGROUND INVESTIGATION CONDUCTED AND WHY DEFAULT SHOULD REMAIN OR TO PROCEED FORTH UNDER RULE 54 (C)</u>

Comes Sam L. Clemmons, Plaintiff *Pro Se* files this **MOTION REQUEST** before the Office of the Clerk, requesting the clerk to Enter Plaintiff's Motion Request to enter Plaintiff's First Request for Admission, Set of Interrogatories, and Request for Production of Documents and Things Propounded to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial.

The Defendants should have <u>30 days</u> according to Federal Rules of Civil Procedures Prec. R. 1, Refs & Annos Civ. R.15, R.26 (f), R. 33 (a), R. 33 (b) (3), R. 34, R.36 and (b), R. 45 and 54 (c).

Respectfully submitted,

*Sam L. Clemmons*
Plaintiff, *Pro Se*

RECEIVED
JAN 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Attachments:**

    Plaintiff's Interrogation Request
    Three Proposed Orders

**Copies to:**

To: Defendant's Counsel

JEFFREY TAYLOR
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530 / Certified Mail Tracking #: **7006 0100 0003 2066 6940**

RUDOLPH CONTRERAS
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20036 / Certified Mail Tracking #: **7006 0100 0003 2066 6940**

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530

And

**United States District Court for the District of Columbia**
Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers
333 Constitution Ave, NW
Room 1225
Washington, DC 20001