UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM CLEMMONS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   C.A. No.:06-518 (RCL) |
| | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

This matter having come before the Court on Federal Defendants' Motion to Quash Subpoena and for a Protective Order Staying All Discovery and the Court having considered the entire record herein, it is this _____ day of February, 2007, hereby

ORDERED that Federal Defendants' Motion to Quash is hereby GRANTED; and it is further

ORDERED that Federal Defendants' Motion for Protective Order Staying All Discovery is hereby GRANTED; and it is further

ORDERED that no discovery (including interrogatories, document requests, depositions, and requests for admissions) shall be conducted in this case until further order of this Court.

 

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE