2

the judge or judges in general. Judges on appeals courts are usually called "justices." Judges of courts established by a state at the county, district, city or township level, gain office by election, by appointment by the Governor or by some judicial selection process in case of a vacancy. Federal judges are appointed for life by the President of the United States with confirmation by the U.S. Senate. A senator of the same party as the President has considerable clout in recommending Federal judges from his/her home state. 2) v. to rule on a legal matter, including determining the result in a trial if there is no jury. Therefore, a judge is any person appointed, elected in place of a position of trust with confidence for the people and by the people to monitor, read, listen and instruct such activities within the United States Constitution and is set and in place to rule accordingly upon noticing and witnessing such laws have been violated or is being violated. The Judge is in place such as a referee, moderator, arbitrator, adjudicator, umpire, critic, reviewer, evaluator, arbiter, expert, authority, and connoisseur official to make the right calls, give such opinion, form an opinion, and rule accordingly according to the fine print of the laws, rules and regulation of the United States Constitution.

E.  The term "***conspiracy***," means when people work together by agreement to commit an illegal act. A conspiracy may exist when the parties use legal means to accomplish an illegal result, or to use illegal means to achieve something that in itself is lawful. To prove a conspiracy those involved must have agreed to the plan before all the actions have been taken or it is just a series of independent illegal acts. A conspiracy can be criminal for planning and carrying out illegal activities, or give rise to a civil lawsuit for damages by someone injured by the conspiracy. Thus, a scheme by a group of

3

salesmen to sell used automobiles as new, could be prosecuted as a crime of fraud and conspiracy, and also allow a purchaser of an auto to sue for damages for the fraud and conspiracy. This is no different than the activities describe by the Plaintiff in this civil lawsuit for damages.

F.  The term "*client*," means accessory or partner in crime such as the Army Crime Record Center (Criminal Investigation Division), Drug Enforcement Administration, State of Georgia, The Department of the Army's witnesses, ChoicePoint Global Solutions, ChoicePoint, Inc. located at 1000 Alderman Drive, Alpharetta, GA 30005 and all persons responsible for assisting you in carrying out this unethical activity or activities causing this civil lawsuit.

G.  The term "*motive*," means in criminal investigation the probable reason a person committed a crime, such as jealousy, greed, revenge or part of a theft. While evidence of a motive may be admissible at trial, proof of motive is not necessary to prove a crime. The Plaintiff is requesting the Defendants to prove where such motive, reason, cause, object, purpose, motivation, drive, aim or intent existed to justify a fraudulent alleged claim to impose an investigation upon the Plaintiff to attempt to destroy his character, careers, reputation by causing continue hurt upon the Plaintiff and the Plaintiff's family. The Plaintiff therefore declare reasons of jealousy, greed, inferior complex or issues of revenge to justify all the Defendants' actions of committing such crimes of conspiracy against the Plaintiff by the Defendant and the Defendants' witnesses or partner in crime. If there is no intent you don't have probable cause to investigate a crime or impose such negative actions against a person, company or business. There is a great deal of intent the Plaintiff have proven against all the

4

Defendants and the Defendants' witnesses so declared and stated and expressed in the Plaintiff's complaint. Every action the Plaintiff described happen and existed for a genuine purpose caused by the Defendants resulting in a lawsuit showcasing great merit to recovery for damages.

H. The term "*failure*," means breakdown, stoppage, malfunction, crash, collapse, disappointment, letdown, not a success, catastrophe, fiasco, or attempt to hide.

I. The term "*character witnesses*," means a person who testifies in a trial on behalf of a person (usually a criminal defendant) as to that person's good ethical qualities and morality both by the personal knowledge of the witness and the person's reputation in the community. Such testimony is primarily relevant when the party's honesty or morality is an issue, particularly in most criminal cases and civil cases such as fraud. The Central Intelligence Agency, State of Georgia, Federal Bureau of Investigation, and all witnesses statements provided in the Plaintiff's Motion Request to Enter Discovery will be used to show the Court the Defendants unethical practices and tactics in performing their illegal activities to cause this civil lawsuit.

J. The term, "*communication*," includes oral and written communication of any type and an interrogatory requesting that a communication be stated is requesting that, in addition to any information specifically requested, the following be given:

K. The term, "*identity theft*" means and includes willful taking without such person knowledge or consent and placing such person name, social security number, date of birth, place of birth and misusing such information with intent to cause hurt or harm to such person or such person family.

5

L. The term, "*identity fraud*" means and includes willfully using such person name, social security number, date of birth, place of birth with in an intent to make something appear that is not true to intentionally cause hurt or harm upon such person or such person family.

M. The term, "*deformation of character*" means and includes willfully with an malice intent to print slanderous comments about someone that is not true and publish such illegal information so that others can see, read and interpret to draw a wrongful conception, idea or image about a person with an intent purpose to cause hurt or harm upon such person life, career or family.

N. The term, "*discrimination*" means and includes unequal treatment of persons, for a reason which has nothing to do with legal rights or ability. Federal and state laws prohibit discrimination in employment, availability of housing, rates of pay, right to promotion, educational opportunity, civil rights, and use of facilities based on race, nationality, creed, color, age, sex or sexual orientation. The rights to protest discrimination or enforce one's rights to equal treatment are provided in various federal and state laws, which allow for private lawsuits with the right to damages. There are also federal and state commissions to investigate and enforce equal rights. This is an act with a purpose or intent to not treat a race, gender, religious background, disable or person with disabilities the same the way you will treat other from a certain sector or class of people using bias, favoritism, prejudice, unfairness, inequity, bigotry, intolerance to reach an unfair decision or outcome of something such as your investigation report resulting in FRAUD.

6

O. The term "***prejudice***" means treating one different over the other even though both or many are similar in terms of filing response late placing such person, people or agencies in default. One default should not be removed or uplift if all others are not treated the same.

P. The term "***frivolous***" means playful, frolicsome, perky, lighthearted, merry, dizzy, giddy, laughing, and flippant, in connection to any statements provided by the Defendants which will result in a frivolous lawsuit to justify such wrongdoing.

Q. The term "***ignorance***" means lack of knowledge, unawareness due to lack of education or lack of self development which can cause sever, hurt or harm upon such person which does not eliminate or excuse such a person from any crime or illegal activities being committed against such a person, business, agency, agencies, government, etc. "Ignorance of the law is no excuse"

R. The term "***accessory***" means a second-string player who helps in the commission of a crime by driving an illegal process, providing the weapons or illegal paperwork, assisting in the planning, providing an alibi, or hiding the principal offender after the crime. Usually the accessory is not immediately present during the crime, but must be aware that the crime is going to be committed or has been committed. Usually an accessory's punishment is less than that of the main perpetrator, but a tough jury or judge may find the accessory just as responsible. Accessory to a crime are called accomplice, partner, partner in crime, assistant, abettor, co-conspirator in being involved in assisting others to hide, concealed, cover up any illegal activities witness or being involved by any person, agency, agencies, business, or government agencies.

S. The term "*fraud*" means the intentional use of deceit, a trick or some dishonest means to deprive another of his/her/its money, property or a legal right. A party who has lost something due to fraud is entitled to file a lawsuit for damages against the party acting fraudulently, and the damages may include punitive damages as a punishment or public example due to the malicious nature of the fraud. Quite often there are several persons involved in a scheme to commit fraud and each and all may be liable for the total damages. For example, reporting something that is not true to others to cause hurt or harm upon such person, business, agency or agencies and such person family. Resulting in such deception, scam, con, scheme, swindle, racket, hoax, deceit, snake oil, smoke and mirrors to cover something up or prevent others from knowing the truth or final outcome of something such as your derogatory statements in your investigation report which should be a report of confirmed, accurate but true facts about a person under investigation.

T. The term "*white collar criminals*" means a generic term for crimes involving commercial fraud, cheating consumers, swindles, insider trading on the stock market, embezzlement and other forms of dishonest business schemes. The term comes from the out-of-date assumption that business executives wear white shirts with ties. It also theoretically distinguishes these crimes and criminals from physical crimes, supposedly likely to be committed by "blue collar" workers.

U. The term "*rights to pursuit of happiest*" means any person, business or agency have the right to pursue the "American Dream" to becoming successful through fair achievement to own property, capital, and work without any illegal activity involved.

8

V. The term *"Stay"* means a court-ordered short-term delay in judicial proceedings to give a losing defendant time to arrange for payment of the judgment or move out of the premises in an unlawful detained case in this case before the Court the Court has <u>not</u> granted the Defendant a stay in releasing the requested discovery through the Plaintiff's Admission, Interrogatories and requests production of all documents.

W. The term *"Discovery"* means the entire efforts of a party to a lawsuit and his/her/its attorneys to obtain information before trial through demands for production of documents, depositions of parties and potential witnesses, written interrogatories (questions and answers written under oath), written requests for admissions of fact, examination of the scene and the petitions and motions employed to enforce discovery rights. The theory of broad rights of discovery is that all parties will go to trial with as much knowledge as possible and that neither party should be able to keep secrets from the other (except for constitutional protection against self-incrimination). Often much of the fight between the two sides in a suit takes place during the discovery period.

X. The term *"reciprocal discovery"* means the exchange of documents, lists of witnesses, and other information between the two sides of a lawsuit or criminal prosecution before trial.

Y. The term *"Interrogatories"* means a set of written questions to a party to a lawsuit asked by the opposing party as part of the pre-trial discovery process. These questions must be answered in writing under oath or under penalty of perjury within a specified time (such as 30 days). Several states ask basic "form" interrogatories on a printed form, with an allowance for "supplemental" interrogatories specifically relevant to the lawsuit. Normal practice is for the lawyers to prepare the questions and for the

answering party to have help from his/her/its attorney in understanding the meaning (sometimes hidden) of the questions and to avoid wording in his/her answers which could be interpreted against the party answering. Objections as to relevancy or clarity may be raised either at the time the interrogatories are answered or when they are used in trial. Most states limit the number of interrogatories that may be asked without the court's permission to keep the questions from being a means of oppression rather than a source of information. While useful in getting basic information, they are much easier to ask than answer. In addition the parties may request depositions (pre-trial questioning in front of a court reporter) or send "requests for admissions" which must be answered in writing. See all lists in number form provided by the Plaintiff below given you (the Defendant) 30 calendar days before this Court to answer and response for pretrial purposes.

Z.  The term "*jury trial*" means trial before the Plaintiff's peers to determine the overall trueness and fairness of one being guilty or not-guilty according to the United States Constitution under Article I of the Bill of Rights Amendment VI and according to Federal Civil Procedures, Rule 38 (b) (c).

AA.  The term "*justice*" means treating any or every person, people or agencies with fairness, impartiality, righteousness, evenhandedness, fair dealing, honesty, integrity, validity, truthfulness, rightfulness, acceptability, reasonableness to reach a final outcome in any case before the Department of Justice.

BB.  The term "*de novo*" means reveal any and all top-secret documents or none top-secret documents concerning any alleged investigation showing all persons or parties involved in the investigation without orders to justify any statements made to justify

10

an legal background investigation allegedly claim or conducted after the Plaintiff freely but willful provided all personal information to perform rights to pursuit of happiest.

CC.    The term "***Freedom of Information Act and Privacy Act***" means and states that such is an official law passed by the United States Congress and the Senate which set strict guidelines that clearly states for anyone to obtain their personal files upon their request through power of attorneys providing their full name, social security number, date of birth, etc to request to verify, correct, supplement or remove information from their government files that can adversely impact their future promotion, security clearance, veterans or social security benefits and more and such agencies upon any person request has **20 working days** by law to release such information requested.

1.    Produce all documents you released to such agencies and the Plaintiff within 20 working days after receiving such requests under FOIA request number TSA 04-0539.

2.    Produce all options to appeal FOIA request number TSA 04-0539 submitted to you by the Plaintiff in nature to any and all Freedom of Information Act requests under such request number.

3.    Produce all appeal final outcome showing the month, date and time when such appeal became final under FOIA request number TSA 04-0539.

4.    Produce all documents giving you exclusive rights to change or alter the Plaintiff's FOIA request numbers causing continue delays and extension in releasing all the records sought by the Plaintiff.

5. Produce all documents submitted by the Plaintiff requesting such information sought under a new request number as you have so claim to state and express by providing three of the same documents in the Defendant's Exhibit A, C, and E, causing you the Defendant to add ongoing extension to the Plaintiff's requests under the Freedom of Information Act.

6. Produce all envelope showing postmarks justifying proof of delivery by the Plaintiff to justify your misleading exhibits into the court's record. The Plaintiff provided the same for the court to justify his exhibit's entry. You should do the same.

7. Produce all three signed documents signed by the Plaintiff showing different dates to the Plaintiff's requests to give you justification to continue to change the Plaintiff's FOIA request numbers as you have presented to the Court in your Exhibit D.

8. Produce all certified but true documents where it states in plain view English that the Plaintiff's test scores are only good or valid for one or two years from the date of examination to justify your expiration date and document you provided to the Plaintiff.

9. Produce all documents giving you right to give ChoicePoint the Plaintiff's private but confidential information to conduct a preliminary background investigation that you so allegedly claim was never conducted.

10. Produce all consent documents authorizing you the rights to provide the Court with documents displaying the Plaintiff's personal but confidential information before this Court. If such documentation cannot be provided then you are in

12

violation of ongoing privacy act violations which now the Plaintiff wishes to increase the award sought from $300,000.00 to 600,000.00.

11. Produce all documents reported to you from ChoicePoint on all phases of the Plaintiff's background investigation.

12. Produce all documents concerning the results of the Plaintiff's blood test in which you drew blood and tested the Plaintiff's blood under a thorough but complete background investigation performed in your records or activities. These results should have been provided to the Plaintiff under the Plaintiff's Freedom of Information Act and Privacy Act requests which you have consistently denied the Plaintiff making you now to be exclusively late in providing and producing the records sought.

13. Produce all documents concerning the results of running the Plaintiff's fingerprints you submitted to the Federal Bureau of Investigation or local authorities upon and after the Plaintiff submitted such private information throughout your collection of the Plaintiff's private information.

14. Produce all documents concerning in nature to the Plaintiff's application the Plaintiff submitted to your agency for no record or response to exist in relation to the Plaintiff's request under the Freedom of Information and Privacy Act. You should submit the complete application (Standard Form (SF) 85 P Questionnaire for Public Trust Positions, Standard Form (SF) 93 Report of Medical History and List of acceptable documents to verify identity in order for the Plaintiff to move forth in all assessment phases. If these documents

13

exist then no responsive is not justified making you once again to be in

violation of the Freedom of Information Act and Privacy Act.

15. Produce all documents in notes form provided to you by ChoicePoint in nature

to all their background checks and inquires.

16. Produce the exact time and date the communication was given and received.

17. Produce the manner in which the communication was given and received, i.e.

letter, telephone, orally, in person, etc.

18. Produce the amount of time the Defendants appeared at such corporation or

establishment.

19. Produce all persons present if the communication was oral.

20. Person(s) making the communication or part thereof, whether written or oral.

21. Person(s) to whom the communication was given or sent, whether directly or

indirectly and whether or not all received it at the same time.

22. Place each person was when he gave or received the communication.

23. A detail statement of the contents of the communication.

24. The response(s) to the communication.

25. Addresses of each answering person name above who made a statement that

such communication was unconstitutional and who agree that such

communication was constitutional and in accordance with the laws of the

United States' Constitution.

26. The duties, job title and term of time said position held as these apply to each

person name above.

27. The results of the communication.

14

DD.    The term, "*identify*," means, with respect to person, to state their full names, present or last known addresses, current employment and positions or titles therein and, if present employment is not with defendant(s), then state any past employment or other business relationship with the defendant(s) to know that such documentation is not needed with a court's order.

EE. The term, "*identify*," means, with respect to documents, to state the general nature of the document to justify any actions performed by the Defendants (for example, letter, telegram, memorandum, diary, blueprint, photograph, diagram, etc.) the date prepared, the author, the addressee, the location of document and the custodian of the documents.  Police reports, citations, U.S. Marshall Service documents, Affidavit of Service, Summons, Subpoenas, arrest warrants, search warrants, etc.

FF. The term, "*identity*," with respect to an entity, not a person, means to state the full name, legal nature of entity, state organized in, principle place of business and mailing address.

GG.    The term, "*documents*," means all writing of any kind including the original and all non-identical copies, whether different from the original by reason of any notation made on such copies or otherwise (including without limitation), time records, correspondence, memoranda, notes, diaries, statistics, letters, telegrams, minutes, contracts, reports, studies, work papers, pamphlets, books, prospect use, interoffice and intra-office communication, offers, notation of any sort of conversations, telephone calls, meeting or other communication, ledgers, invoices, billing, drawing, maps, sketches, photographs, applications, plats, films, tapes, receipts, summaries, financial statements, bank statements, bank debit and credit memos, cancelled checks,

loan ledger, promissory notes, security agreements, deeds of trust, financing statements, records of any bank special or expense accounts, and any and all other writing, typing, printing, or drafts or copies of reproductions thereof irrespective of form in your possession, custody or control. (For Example, police reports, investigation reports, citations, U.S. Marshall Service documents, Affidavit of Service, Summons, Subpoenas, arrest warrants, search warrants, copies of return mail, chain of custody showing date and time of all parties involved.

**HH.**    The term "***all documents***" means every document as defined known to you and every such document which can be located or discovered by reasonably diligent efforts.

## II. ADMISSIONS

COMES NOW Plaintiff, *Pro Se*, and served on the Defendant this request for admission of the truth of the facts set forth in the separate number paragraphs, pursuant to Fed. R. Civ. P. 12(b)(6) which the Defendant is required to answer and produce within thirty days from the date of service thereof:

1.  Provide and describe to the Court, Plaintiff and Jury of the activity conducted during your process of obtaining list of acceptable documents to verify identity dated on August 20, 2002. State the place and date of time when such private information was collected and what happen to such information collected to justify your points of a background investigation was never conducted.

2.  Provide and describe to the Court, Plaintiff, and Jury of the outcome of the Plaintiff's urinalysis drug test, any outstanding medical information results you obtain from withdrawing such if you never conducted a background investigation

and state and express under oath what was your overall intention for withdrawing such if you wish not to conduct a background investigation on the Plaintiff as you so have stated and expressed to the Court, Plaintiff and Jury in your untimely but late response to the parties placing you in default. Provide consent forms to draw such information for non-employment screening only.

3. Provide the Court, Plaintiff, and Jury with the source or party response for conducting a credit history search, a criminal history search, to justify your bullets in documents submitted in the records dated September 03, 2002 the date an offer of employment was administrated upon the Plaintiff.

4. Due to your many attempts to hide and failures to disclose any of the information provided to you (TSA) now Homeland Security Administration from ChoicePoint Investigation Services is an admission of guilty. Means any and all statements you have provided the Court, Plaintiff and Jury is an exclusive attempt to mislead the Court that should justify automatic denial of any statements you submitted in this honorable court keeping you in default but increasing the award sought by the Plaintiff for other violation now attached.

5. You clearly know by the documents you submitted in your untimely response to the Court that ChoicePoint Investigation Services may have issued you fraudulent instructions or information in which you carry out resulting in a United States Constitution Rights violation of the fourth and fourteenth amendment. Causing such subject rights to privacy to be violated. Causing issues of identity theft, identity fraud, deformation of character and later discrimination issues or concerns.

Sam L. Clemmons vs. Homeland Security Administration & Office of FOIA & Privacy Division, 601 South 12th Street, TSA-20, Arlington, VA 22202, Case Number 1: 06CV00518 (RCL)

6. Provide and produce all consent documents authorizing you to give ChoicePoint Investigation Service the Plaintiff's personal but private information justify your arguments that a background investigation was never conducted.

7. By accepting such ORDER or information it was not in compliance with the normal operation and procedures when such person was never questioned or investigated by anyone causing you to become bound by the terms of a higher court to inform you that such actions performed by you were illegal, not just and not according to the constitution of the United States of America. Therefore, holding you full but legally liable and bound through rights to recovery for damages sought by the Plaintiff for punitive damages (FOIA, Privacy Act and Discrimination violations) in the amount of $ 300,000.00 (three hundred thousand dollars) now increase to $ 600,000.00 after taxes giving you the Plaintiff's claim to relief and contradicting all your statements you presented to the Court, Plaintiff and Jury in your untimely response to the Court's summons and the Plaintiff's complaint.

8. You are a witness to a crime or aware of a crime or criminal activity to exist that others knew where not legally correct making you an accessory to a crime by not stopping such crime or correcting and not by reporting such crime or giving the Plaintiff the opportunity to rebut anything negative or things or items that have surfaced during the Plaintiff's background investigation conducted by ChoicePoint Investigation Services and not Office of Personnel Management in which you tried to pretend or claim will be the overall responsible party for conducting such background investigation.

Sam L. Clemmons vs. Homeland Security Administration & Office of FOIA & Privacy Division, 601 South 12th Street, TSA-20, Arlington, VA 22202, Case Number 1: 06CV00518 (RCL)

9.  Once again, you failed to admit state or express that all your background investigation comes from ChoicePoint making you to be in violation of Fed. Rules Civ. Proc. Rule 17, 28 USCA and Federal Regulation 111 ALR, Fed. 295 and 18 U.S.C.A § 1001 (2)(15)(34) which is an automatic reason to sustain such default entry and increase the award amount and forbid any other fraudulent and misleading information when submitting a response to the Court against your negligence actions performed.

10. Said such funds or activities for your service were received from you in agreement to continue to such illegal activity. For the record, state and provide invoices the total payout you rendered for the service to ChoicePoint Investigation Services concerning these activities in which you paid ChoicePoint for conducting such illegal finding against the Plaintiff.

11. You have not revoked or attempted to revoke such service performed by you or rendered by you and ChoicePoint at question as a stance to say such service performed was legal, accurate and correct.

12. Disclose the total amount of cases number and total dollars amount you received from the doing this to others each year to justify you did not or do not discriminate against the Plaintiff and did not consider the Plaintiff's veterans status point over less qualified individuals that we know that works for TSA and the Homeland Security Administration that are less qualified to work for such agencies than the Plaintiff.

13. Provide and disclose to the Court, Plaintiff, and Jury the month, date and time you received the Plaintiff's submission of Affidavit in Support of Default in which

you received by certified mail with a return receipt prior to your response to the summons and Plaintiff's complaint to justify to the Court, Plaintiff and Jury of your acknowledge and receipt of the default notice and justify your actions why you feel you are not in default when the record clearly states that you are in default.

14. Disclose the proper chain of custody inventory or disposal forms showing the exact date and time when such illegal testing was performed and the reported showing the date and time such report was given to anyone within the federal government or the U.S. Attorney General Office concerning this investigation performed on the Plaintiff and the final outcome of the Plaintiff's Freedom of Information Act and Privacy Act requests.

15. Disclose all your report you submitted to the Attorney General Office on April 1st of each year when and while the Plaintiff's Freedom of Information Act and Privacy Act requests were pending to justify all your illegal changes against the Plaintiff's requests. The law clearly states you have **20 working days** to answer or response to the Plaintiff's request. The records shows and reveal that you clearly exhausted all the Plaintiff's requests under the Freedom of Information Act and Privacy Act exhausting all your rights to attempt to defend or appeal such case before the court that you are now clearly in default.

# REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

COME NOW Plaintiff, Sam L. Clemmons, *Pro Se* and request that the Defendant, U.S. Dept. of Homeland Security (TSA), produce and permit the Plaintiff to inspect and copy those documents and things designated as follows, pursuant to the U.S. District Court for the District of Columbia Civil Rules of Procedures under the Subpoena Duces Tecum Request at Sam L. Clemmons, 548 Saint Charles PL, Brookhaven, MS 39601.

## III. ITEMS TO BE PRODUCED

Items to be produced, subject to above definitions, are as follow:

1. Produce all documents which you were requested to identity in Plaintiff's First Set of Interrogatories Propounded to Defendant.

2. Produce all documents which you intend to present as evidence in the trial of this matter if you wish to defend the default entered against you (the Defendant) and the increase in award recommended by the Plaintiff.

3. Produce all documents which you have received from the Army Crime Record Center (CID), Department of the Army, Defense Security Administration, Central Intelligence Agency, Federal Bureau of Investigation, State of Georgia's local authorities and all your witnesses to justify your alleged "no response" to the Plaintiff's requests and to justify your continuous delays to the Plaintiff and now to the Court and a Jury.

4. Produce copies of all documents which you have sent to the ChoicePoint, Army Crime Record Center, Department of the Army, Defense Security Administration, Central Intelligence Agency and the Federal Bureau of Investigation.

5. Produce all certified but true copies of the Plaintiff's arrest records, investigation reports, etc. that you obtain from federal funds paid for such copies.

6. Produce all documents such as referrals which are in any way concerned with your dealing with ChoicePoint, the Army Crime Record Center, the Department of the Army and the State of Georgia's local authorities to provide proof to the Court in nature to your statements you submitted in your untimely response.

7. Produce all documents in any way connected with the allegations in the complaint filed herein to support your theory why such case should be dismissed with prejudice.

8. Produce all documents in any way connected with defense raised by you to the complaint or in any way connected with any defense to be raised by you concerning the complaint in nature to the Plaintiff's Freedom of Information Act and Privacy Act requests.

9. Produce all documents where it clearly states that you can continue to deny, delay and pretend that no records exist before the Plaintiff and the Court.

10. Produce all documents where it states that the Plaintiff does not meet or met the standard qualification for the position and all the private information the Plaintiff submitted is not necessary but should be taken and withdrawn from the Plaintiff for security measures or reasons.

11. Produce all the documents where it states and shows anyone in hiring authority to not consider the Plaintiff due to his veteran status or points for federal employment.

12. Produce and provide all statistical data information from the Transportation Security Administration showing the numbers of men and women investigated in Atlanta, GA and the number of veterans and non-veterans listed by age, sex, and gender who were selected and given an offer for employment just as the Plaintiff was given pending the outcome of his or their background investigation.

13. Produce all documents which you have to do with your banking records, including bank statements, cancelled checks, deposit slips, old draft notices and any other agreements with any bank for the past five years to show the court your means and ways to pay for this debt in a timely manner once it has been approved that such actions performed by you were unconstitutional and not in accordance with the Freedom of Information Act and Privacy Act.

14. Produce all documents which are or which have anything to do with your federal or state income tax returns, bonds, grants which you have prepared, received or filed for the past five years if you wish to take the full responsibility of these crimes committed against the Plaintiff.

15. Produce all insurance document you will be providing to the Court to satisfy this debt before the court according to Rule 26. General Provisions Governing Discovery; Duty of Disclosure (1) (a) (b) (c) and (d) that now Nicholas Panuzio will be responsible for overseeing that such debt is paid in a timely manner.

16. Produce all documents from you showing a month, date and time when you entered an appearance before the Court justify who is the legal counsel representing the Defendant before the Court.

17. Produce all documents from the Court granting you an enlargement of time on two separate occasions to justify why you are not in default. According to Fed. Civ. R. 6(b).

**18. Produce all documents in the form of Affidavit of Service showing this honorable court that the Plaintiff was served properly in nature to any of your timely filing and the Plaintiff's timely filing a response to any of your timely submission.**

**19. Produce all documents from the Court granting you a stay in discovery.**

**20. Produce all documents from the Court granting you a protective order.**

If the Defendant's Counsel cannot produce all the documents requested in the Plaintiff's Opposition and Plaintiff's First and Second Request for Admissions, Sets of Interrogation, and Request for Production of Documents and Things Propounded to Defendant then this case is clearly a case of violation under the Freedom of Information Act and Privacy Act which makes its unconstitutional outright. It will clearly show before the Court that the Plaintiff's Rights to Privacy has been violated and so many actions performed against the Plaintiff were unconstitutional and outside the scope of the forbidden fruit of justice.

The Plaintiff has every right to file this lawsuit in conjunction with a Tort Claim lawsuit against those who have violated the Plaintiff's rights under the United States Constitution of America.

Due to the Defendant's Counsel harass comments expressing dismissal with prejudice after being in default, the Plaintiff express now to the Defendant's Counsel to prove the Plaintiff wrong by the abundance of evidence that you should be able to easily obtain as stated in this lists

1  of submission before the Court and to correct the Defendants' failures to justify your harass

2  requests before the Court.

3       The Plaintiff now wishes to file this motion in this honorable court for tort damages and

4  full recovery of this lawsuit in this honorable court without going or proceeding further and over

5  into another court of jurisdiction such as United States Court of Federal Claims delaying and

6  causing unnecessary additional cost and expenses upon the government and the Plaintiff.

7       The Defendants should be not be granted an additional **30 days** as required by law to

8  produce all the documents requested to justify their actions and prepare to settled this lawsuit in

9  accordance with the Plaintiff's actions under the Federal Rules of Civil Procedures R. 26, R. 33

10  (a) (b) (c) (d), 36, 37 (a)(3), R. 38 (b) (c), R. 39, R. 45, **R. 54, (a) (b) (c)** and R. 55 (a) (b) (e)

11  that's if the Defendants continue to refuse and accept such default entered by the clerk.

12

13       The Defendants have three attorney assigned to this case **10 days** is well enough time to

14  produce to the Court, Plaintiff and Jury all the documents requested in this certified return receipt

15  delivery to the Defendants...

16  They say,

17       *"A lie don't care who tells it just as long as it get told"*

18       Author unknown

19       *Provide one piece of facts displaying wrongdoing by the Plaintiff and come into the court*

20  *with the truth* in order for us (Plaintiff & Defendants) to bring this matter to a close before the

21  court so that the Defendants can correct their practices, policy, procedures and award the

22  Plaintiff according to the Plaintiff's claim for relief under Federal Rules of Civil Procedures

23  Rules 8.

24

25

In closing, remember according to Rule 33, p.48 (b) answers and objections shall be answered separately and fully in writing under oath, unless it is objected to, in which event the objecting party shall state the reasons for objection and shall answer to the extent the interrogatory is not objectionable. Also continue to read Rule 33 in its entirety.

**I pursuant to 28 U.S.C. Sec. 1746, I declare under penalty of perjury, under the laws of the United States, that all the evidence submitted into the record under the Plaintiff's Motion Request to Enter Discovery, Admission, Interrogatories, Subpoena Duce Tecum requests and any of the foregoing sworn statements made by me or any witness is true, accurate and correct. I agree for such statements to be placed into the record as an Exhibit that will serve as evidence in case if this case should go before a jury trial. I signed these statements as before a certified legal notary witnessing me signing to make any but all statements as truthful, legal and binding under oath making all submission and any others statements, responses or submission are sworn Affidavit under oath this date forth for the record. The Court can now verify such signing of document is the same as pervious before without going before a notary again.**

Respectfully submitted,

*Sam L. Clemmons*

Sam L. Clemmons
Plaintiff, *Pro Se*

**See Attachment:**

    Plaintiff's Interrogation Request
    Subpoena in a Civil Case
    Motions Requests
    Three Proposed Orders
    Exhibit **[none]**