1

**Copies Sent to:**

2

JEFFREY TAYLOR
Special Assistant U.S. Attorney

3

Civil Division
555 Fourth St., N.W.

4

Washington, DC 20530 / Certified Mail Tracking #: **7006 0100 0003 2066 6940**
                                                    **7006 0100 0004 7928 3494**

5

RUDOLPH CONTRERAS

6

Special Assistant U.S. Attorney
Civil Division

7

555 Fourth St., N.W.

8

Washington, DC 20036 / Certified Mail Tracking #: **7006 0100 0003 2066 6940**
                                                    **7006 0100 0004 7928 3524**

9

U.S. ATTORNEY GENERAL

10

950 Pennsylvania Ave, NW
Washington, DC 20530 / Certified Mail Tracking # **7006 0100 0004 7928 3517**

11

And

12

13

**District Court for the District of Columbia**
Attn: Office of the Clerk &

14

Judge Royce C. Lamberth's Chambers
333 Constitution Ave, NW

15

Room 1225

16

Washington, DC 20001 / **Delivery Confirmation # 0305 0830 0004 5848 5126**

17

18

19

20

21

22

23

24

25

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS<br>PLAINTIFF | ) ) ) | **CIVIL ACTION NO:** |
| | ) | 1: 06CV00518 (RCL) |
| vs. | ) ) | **REVISED COPY** |
| U.S. DEPT. OF HOMELAND SECURITY, et<br>al<br>DEFENDANTS | ) ) ) ) ) ) | |

## PLAINTIFF'S MOTION REQUESTS IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURES TO MOVE FORTH BEFORE THE COURT AFTER THE DEFENDANTS VERIFIED AND JUSTIFIED RULE 37 (FAILURE TO MAKE DISCLOSURE OR COOPERATE IN DISCOVERY; SANCTIONS). PLAINTIFF HAS NOW FILED SUCH MOTION FOR AN ORDER COMPELLING DISCLOSURES OR DISCOVERY AND FILES SUCH MOTION DEMANDING A JURY TRIAL IN ACCORDANCE TO FEDERAL RULE 38. PRIOR TO APRIL 1, 2007

Comes Sam L. Clemmons, Plaintiff *Pro Se* files this **MOTION REQUEST** after to entering the Plaintiff's **MASTER ORDER** before the Office of the Clerk, requesting the clerk to Enter such order on docket and After the Plaintiff's Second Motion request for Continuous Admissions, Sets of Interrogatories, and Requests for Production of Documents and Things Propounded to Defendants to set stage for Summary Judgment or Jury trial if necessary if the Defendant wish not to accept such Default entry, wish not to cooperate and wishes to defend such case before a jury trial.

The Defendants should have an additional 10 or 30 days according to Federal Rules of Civil Procedures Prec. R. 1, Refs & Annos Civ. R.15, R.26 (f), R. 33 (a), R. 33 (b) (3), R. 34, R.36-38 and (b), R. 45and R.53 (e) (g) (3) to comply with or make up his or her mind to cooperate and move this case forward so that justice can be served.

1    The Federal Rules of Civil Procedures clearly states that any party may demand a trial by

2    jury of any issue triable of right by a jury by (1) serving upon the other parties a demand

3    therefore in writing at any time after the commencement of the action and not later than 10 days

4    after the service of the last pleading directed to such issue, and (2) filing the demand as required

5    by Rule 5(d). Such demand may be indorsed upon a pleading of the party.  (c) Same:

6    Specification of issues. It states in the demand a party may specify the issues which the party

7    wishes so tried; otherwise the party shall be deemed to have demanded trial by jury for all the

8    issues so triable. If the party has demanded trial by jury for only some of the issues, any other

9    party within 10 days after service of the demand or such lesser time as the court may order, may

10   serve a demand for trial by jury of any other or all of the issues of fact in the action according to

11   Rule 38 (b).

12       The Plaintiff has continued and expressed issues before this honorable court and the

13   Defendants have continued and tried to ignore the issues or express and prove there are no issues

14   before the court of fraud.

15       The Plaintiff has served the Defendants accordingly and accordance with the laws and

16   instructions of the Court.

17       The Defendants were given every fair but equal opportunity to turn over all the

18   documents requested by the Plaintiff under the Freedom of Information Act and Privacy Act.

19   The main issues before the Court the Defendants have still failed to release the full but complete

20   record sought and the Defendants have continued tried to mislead the Court and tried illegal

21   tactics before the Court in hope that the Plaintiff, Court and Jury will not notice such illegal

22   tactics in many attempt to give evasive or incomplete disclosures, answers or responses

23   according the Plaintiff's requests according to Rule 37.

24       The main issue is fraud and the Plaintiff has expressed such issue before the Court in the

25   Plaintiff's initial complaint. The Plaintiff has proven fraud by substantial evidence provided to

1  the Court and the Defendants. Given the Defendant a fair but equal amount of time to prove the

2  Plaintiff wrong by in return providing the Plaintiff and the Court with evidence to contradict the

3  Plaintiff's claim or issues.

4        The other issues are other crimes committed in relation to the acts of fraud which are

5  identity theft, identity fraud, theft by deception and complete removal of all the Plaintiff's

6  personal but private information from the Defendants databases because now the Plaintiff can

7  prove within laws of the court and before a jury that these crimes have been committed and now

8  the court and the jury must administrated complete relief upon the Plaintiff according to these

9  laws and laws under the statue of the Freedom of Information Act and Privacy Act where such

10 cases from other citizens of the United States of America who filed FOIA lawsuits and the

11 Defendants failed to comply with the guidelines of the 20 days rules and failed to disclose all

12 information requested by law resulting in millions of damages being paid out to those victims.

13 See case law of the _**United States v. John Lennon**_ and all other cases that piggy back off such

14 case.

15        In additional to those issues listed above the Court and the Jury must look at other factors

16 of discrimination and prejudice treatment on behalf of the Defendants. The Plaintiff was never

17 given a chance to address any issues at question and was not offered an appeal to anything.

18        Also the Defendants have failed to realize and understand that a host of Special Agents in

19 Trust Positions have stated, printed and declared the Plaintiff to be someone with integrity issues,

20 someone who cannot be trusted and someone who have manipulated many out of goods or

21 services which now the Defendants and these Special Agents have to prove and someone has to

22 stand up for these agents and federal employees to justify their statements in fine print are

23 legally, accurate and correct within the laws and guidelines of the Federal Rules of Civil

24 Procedures and now this should be done before a Jury Trial as being demanded by the Plaintiff

25 according to Federal Rules of Civil Procedures, Rule 38 and the Plaintiff's Constitutional rights.

1    Someone has to pay for these crimes and acts of libel. The Plaintiff should not be the one

2    to be out of pocket for someone else act of negligence such as what the Plaintiff has already

3    explained in the Plaintiff's initial complaint to give and grant this case with merit before the

4    Court.

5    The Plaintiff have a family he has to care for, the Plaintiff has to live just like everyone

6    else, the Plaintiff has to put an immediate stop on all or any triggering issues before they come

7    into play if this matter before this court is not resolved according to the United States

8    Constitution in a timely manner.

9    The Plaintiff also requested in the Plaintiff's initial complaint a request for a jury trial in

10   accordance to the Federal Rules of Civil Procedures. On each proper service upon the

11   Defendants the Plaintiff has continuous signed such consent to proceed before a jury. On all

12   occasion of service the Defendants have refused to acknowledge and sign such documentation to

13   eliminate more cost on the Court, Plaintiff and the Defendant.

14   The Plaintiff has entered his rebuttals expressing failures attached with the Plaintiff's

15   Partial Motion Requests to Enter Discovery according to such case laws of _Lewis v. Faulkner_,

16   689 F.2d 100, 102 (7th Cir.1982), _Fox v. Strickland_, 837 F.2d 507 (D.C. Cir. 1988) and _Langley_

17   _v. Adams County_, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933).

18

19   The Plaintiff has even given the Defendants more time in releasing their arguments,

20   oppositions and chances to produce for the record evidence and documents to defend their stance

21   in proving that such is not fraud. As of this date of this submission before the record of the Court

22   the Defendants have continued failed to prove anything to justify not awarding the Plaintiff for

23   the damages the Plaintiff has encountered from the Defendants negligence actions. Resulting in

24   now the Plaintiff demanding his rights under the Constitution of the United States of America to

25   demand a jury trial so that such now will be part of public record and others can use such case as

the Defendant has tried to use other that are no where in nature of this case before the Court.

Sam L. Clemmons vs. Homeland Security Administration & Office of FOIA & Privacy Division, 601 South 12th Street, TSA-20, Arlington, VA 22202, Case Number 1: 06CV00518 (RCL)

5

The Plaintiff is now demanding a jury trial for the jury to be the overall deciding factors after reviewing the records in it entirely and to clear the Plaintiff's name, true character and records in which the Defendants have failed to offer or attempt to offer any clearance at all.

The Plaintiff received the Defendant last submission on February 19, 2007 and is now well in accordance with the Federal Rules of Civil Procedures demanding such jury trial for the record and accordance with the law.

Respectfully submitted,

Sam L. Clemmons
Plaintiff, *Pro Se*

<u>Attachments:</u>

Plaintiff's Interrogation Request
Subpoena in a Civil Case
Motions Requests
Three Proposed Orders
Exhibit **[none]**

1

**Copies to:**

2

**To: Defendant's Counsel**

3

JEFFREY TAYLOR
Special Assistant U.S. Attorney

4

Civil Division

5

555 Fourth St., N.W.
Washington, DC 20530 / Certified Mail Tracking #: **7006 0100 0003 2066 6940**

6

RUDOLPH CONTRERAS
Special Assistant U.S. Attorney

7

Civil Division

8

555 Fourth St., N.W.
Washington, DC 20036 / Certified Mail Tracking #: **7006 0100 0003 2066 6940**

9

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW

10

Washington, DC 20530

11

And

12

**United States District Court for the District of Columbia**
Attn: Office of the Clerk &

13

Judge Royce C. Lamberth's Chambers

14

333 Constitution Ave, NW
Room 1225

15

Washington, DC 20001/ **Delivery Confirmation # 0305 0830 0004 5848 5126**

16

17

18

19

20

21

22

23

24

25

# PROPOSE ORDER (S) REQUEST

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAM L. CLEMMONS            )    **CIVIL ACTION NO:**
                         )
     Plaintiff          )
                         )
                         )    **1: 06CV00518 (RCL)**
vs.                    )
                         )
                         )
U.S. DEPT. OF HOMELAND SECURITY, et )
al                         )
                         )
     Defendant

## <u>MASTER ORDER</u>

Upon consideration of the Plaintiff's Motion requests for Summary Judgment by Default after entering substantial evidence for the record according to <u>*Lewis v. Faulkner*</u>, 689 F.2d 100, 102 (7th Cir.1982) <u>*Fox v. Strickland*</u>, 837 F.2d 507 (D.C. Cir. 1988) and <u>*Langley v. Adams County*</u>, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933).

The Plaintiff has demonstrated good cause shown by means of Exhibits and timely responses and proper service upon the Defendants.

The Plaintiff's Motions requests should be granted including the Plaintiff's Motion Requests for Admissions, Interrogatories, Subpoena Duces Tecum and Protective Order from the Defendants' witnesses to support their statements for the record and other documents under *de novo* as withheld by the Defendants to bring this case matter before the court to a close. It is now shall be ORDER to **<u>"COMPEL"</u>** the Defendant to produce all their evidence "without any redaction" such as the outcome of the Plaintiff's blood, fingerprints, physical and any documentation obtained from ChoicePoint within **<u>10 days</u>** after this order in accordance with Rule 37(a) or it shall be in the best interest of the Defendants to settled this case before going forth for a jury trial as demanded by the Plaintiff in the Plaintiff's motion requests before the Court.

The Plaintiff's Protective Order is also HEREBY GRANTED against the following employees and Agency.

They are: Ms. Patricia M. Riep-Dice, Catrina M. Pavlix, Carl Scott, ChoicePoint and the Department of Homeland Security (TSA). It is hereby ordered and granted that

2

the Defendant (TSA) will delete **the entire** Plaintiff's personal but confidential information from all their databases including databases of ChoicePoint files and report back to the court under a sworn declaration before the Court that **all** information has been deleted.

IT IS HEREBY ORDERED that any of the Defendants' Motion Requests to dismiss will be DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment or Summary Judgment by default is GRANTED.

SO ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam Clemmons, *Pro Se*
548 Saint Charles PL
Brookhaven, MS 39601

Department of Homeland Security
Attn: Director in Charge
601 South 12th Street, TSA-20
Arlington, VA 22202

U.S. Attorney General Office
950 Pennsylvania Ave, NW
Washington, DC 20530

U.S. Attorney Office
501 3rd Street, NW
Washington, DC 20001

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | CIVIL ACTION NO: |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **1: 06CV00518 (RCL)** |
| | ) | |
| | ) | |
| U.S. DEPT. OF HOMELAND SECURITY, et | ) | |
| al | ) | |
| Defendant | ) | |

## ORDER

Upon consideration of the Plaintiff's Motion requests for Summary Judgment or Summary Judgment by Default after entering substantial evidence for the record according to *Lewis v. Faulkner*, 689 F.2d 100, 102 (7th Cir.1982) *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988) and *Langley v. Adams County*, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933).

The Plaintiff has demonstrated good cause shown by means of Exhibits and timely responses and proper service upon the Defendants.

The Plaintiff's Motions requests should be granted including the Plaintiff's Motion Requests to Subpoena Duces Tecum from all Defendants' witnesses to support their statements for the record and other top-secret documents under *de novo* as withheld by the Defendants by means of redacting or other means to bring this case matter before the court to a close.

IT IS HEREBY ORDERED that any of the Defendants' Motion Requests to dismiss will be DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment or Summary Judgment by default is GRANTED.

SO ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam Clemmons, *Pro Se*
548 Saint Charles PL
Brookhaven, MS 39601

Department of Homeland Security
Attn: Director in Charge
601 South 12th Street, TSA-20
Arlington, VA 22202

U.S. Attorney General Office
950 Pennsylvania Ave, NW
Washington, DC 20530

U.S. Attorney Office
501 3rd Street, NW
Washington, DC 20001

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS | ) **CIVIL ACTION NO:** |
| Plaintiff | ) |
| | ) |
| vs. | ) **1: 06CV00518 (RCL)** |
| | ) |
| | ) |
| U.S. DEPT. OF HOMELAND SECURITY, et al | ) |
| | ) |
| Defendant | ) |

## ORDER

Upon consideration of the Plaintiff's Motion requests and the Plaintiff's Discovery entry before the court. The Court finds it is now in the best interest of the Court and the Plaintiff to bring this case to a close according to the Court's standards.

The Court now deem it's necessary to GRANT the Plaintiff a jury trial to hear the facts as disclosed by both sides before a summary judgment to be issued.

The Plaintiff has demonstrated good cause shown and has demonstrated damaged done to the Plaintiff's short, immediate and long term life and career that are caused by the Defendant's action which brought forth the Plaintiff's complaint.

The Defendant(s) had well over enough time to come before the Court with substantiated evidence to contradict the Plaintiff's claims or discovery.

IT IS HEREBY ORDERED that on this date of signing this document the case is assigned for a jury trial according to the Plaintiff's demands according to Rule 38 (b) (c) and Rule 8 of the Federal Civil Procedures.

ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam Clemmons, *Pro Se*
548 Saint Charles PL
Brookhaven, MS 39601

Department of Homeland Security
Attn: Director in Charge
601 South 12th Street, TSA-20
Arlington, VA 22202

U.S. Attorney General Office
950 Pennsylvania Ave, NW
Washington, DC 20530

U.S. Attorney Office
501 3rd Street, NW
Washington, DC 20001

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAM L. CLEMMONS                              )        CIVIL ACTION NO:
    Plaintiff                            )
                                         )
vs.                                          )        <u>1: 06CV00518 (RCL)</u>
                                         )
                                         )
                                         )
U.S. DEPT. OF HOMELAND SECURITY, et )
al                                           )
    Defendant                            )

---

## <u>ORDER</u>

Upon consideration of the Plaintiff's Motion requests and the Plaintiff's Discovery entry before the court. The Court finds it is now in the best interest of the Court and the Plaintiff to bring this case to a close according to the Court's standard of summary judgment in favor of the Plaintiff.

The Plaintiff has demonstrated good cause shown and has demonstrated damaged done to the Plaintiff's short, immediate and long term life and career that are caused by the Defendant's action which brought forth the Plaintiff's complaint.

The Defendant(s) had well over enough time to come before the Court with substantiated evidence to contradict the Plaintiff's claims or discovery.

IT IS HEREBY ORDERED that on this date of signing this document the case is now closed by means of Summary Judgment or Summary Judgment by Default without Prejudice.

SO ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam Clemmons, *Pro Se*
548 Saint Charles PL
Brookhaven, MS 39601

Department of Homeland Security
Attn: Director in Charge
601 South 12th Street, TSA-20
Arlington, VA 22202

U.S. Attorney General Office
950 Pennsylvania Ave, NW
Washington, DC 20530

U.S. Attorney Office
501 3rd Street, NW
Washington, DC 20001

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February 2007, a true copy of the PLAINTIFF'S MOTION REQUEST FOLLOWING PROPOSED ORDERS SUBMITTED TO COURT REQUESTING CASE TO BE CLOSED FOR SUMMARY JUDGMENT BY DEFAULT DUE TO FRAUD REVEAL, FOUND AND LOCATED BY THE PLAINTIFF AGAINST THE DEFENDANTS.

PLAINTIFF'S MOTION REQUESTS TO ENTER MOTION **TO "COMPEL"** BEFORE THE COURT TO MOVE FOR SUMMARY JUDGMENT OR JURY TRIAL. PLAINTIFF ENTERS PLAINTIFF'S **SECOND** REQUEST FOR ADMISSIONS, SETS OF INTERROGATORIES, AND CONTINUOUS REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT TO SET STAGE FOR SUMMARY JUDGMENT OR JURY TRIAL IF NECESSARY IN SUPPORT OF AN ADDITIONAL EXHIBIT WHICH WILL BE **EXHIBIT # 13** JUSTIFYING AN ILLEGAL BACKGROUND INVESTIGATION CONDUCTED AND WHY DEFAULT SHOULD REMAIN OR TO PROCEED FORTH UNDER RULE 38 (B) AND 54 (C)

PLAINTIFF'S MOTION REQUEST TO **COMPEL** DEFENDANT TO PRODUCE ALL EVIDENCE TO DEFEND SUCH LAWSUIT OR CLOSE CASE AND MOVE FORTH FOR SUMMARY JUDGMENT IN ACCORDANCE WITH THE PLAINTIFF'S DISCOVERY ENTRY AND IN ACCORDANCE WITH RULE 26 (D) were served by certified register first class mail concerning case# <u>1: 06CV00518 (RCL)</u> to the following:

To:  Defendant's Counsel
JEFFREY TAYLOR
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530 / Certified Mail Tracking #: <u>**7006 0100 0004 7928 3494**</u>

RUDOLPH CONTRERAS
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20036 / Certified Mail Tracking #: <u>**7006 0100 0004 7928 3524**</u>

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530 / <u>**7006 0100 0001 6544 1856**</u>

And
United States District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001 # <u>**0305 0830 0004 5848 5126**</u>

Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601