UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM CLEMMONS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   C.A. No.:06-518 (RCL) |
| | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

UPON CONSIDERATION of the Federal Defendants' Motion for Imposition of Filing Restrictions Against Plaintiff, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED, that the Motion is granted, and it is further

ORDERED, that Plaintiff shall not file any further motions without leave of Court, and it is further

ORDERED, that Federal Defendants are relieved from their obligation to respond to any pending or further motions filed by Plaintiff absent an order of the Court.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE