## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | CIVIL ACTION NO: |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **1: 06CV00518 (RCL)** |
| | ) | |
| | ) | |
| U.S. DEPT. OF HOMELAND | ) | |
| SECURITY(TSA), et al | ) | |
| | ) | |
| Defendant | | |

## PLAINTIFF'S MOTION REQUEST FOLLOWING PROPOSED ORDERS SUBMITTED TO COURT REQUESTING CASE TO BE CLOSED FOR SUMMARY JUDGMENT BY DEFAULT DUE TO FRAUD REVEAL, FOUND AND LOCATED BY THE PLAINTIFF AGAINST THE DEFENDANTS.

Comes the Plaintiff once again file this entry before the Court requesting the Court to close stated case due to Defendants being in Default and after revealing and showcasing to the Court fraud submissions and flaws in their arguments before the Court.

As of this date this request is submitted into the Court nothing else is needed or should be added to overturn such requests entry by the Plaintiff. (Please review and see the attached Exhibit and Affidavit documents behind this motion request) This entry should now serve as a new Affidavit into the record to justify the Plaintiff's actions or stance in filing this request and complaint into the Court. The agency and source of origin should now served as the Plaintiff's witness if such default entry is not honored and if such case should go before a Jury Trial as demanded by the Plaintiff. This case is now fully briefed and set for Jury Trial.

The Plaintiff has once again attached such orders requested to complete this motion request before this honorable court and close this case with a summary judgment in favor of the Plaintiff.

Please sign ORDERS and return.

Respectfully Submitted,

Sam L. Clemmons,
Plaintiff, Pro Se

RECEIVED

APR 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# NEW DISCOVERY EXHIBIT / AFFIDAVIT

# FOR THE RECORD

# PRIOR TO JURY TRIAL OR SUMMARY JUDGMENT

# IN FAVOR OF PLAINTIFF

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAMUEL L. CLEMMONS         ) **CIVIL ACTION NO:**
        PLAINTIFF                   )
                                )
                                ) 1: 06CV00518 (RCL)
                                )
vs.                               ) **REVISED COPY**
                                )
U.S. DEPT. OF HOMELAND SECURITY    )
        DEFENDANT                 )
_____ )

### DECLARATION OF JAMES WILLIAMS

I, <u>James Williams</u> come now on behalf of Samuel L. Clemmons, *Pro Se*, in this complaint before this court concerning legal matters or actions performed by the United States Department of Homeland Security which was the Transportation Security Administration during the month of November in the year of 2002.

I am a witness for the Plaintiff that I now testify under oath that during the month and year of November, 2002, I was contacted by the Transportation Security Administration in nature to a background investigation that was being performed on Samuel L. Clemmons coming from ChoicePoint's investigation services located in Alpharetta, GA.

I was contact at a pervious employer phone number that Samuel L. Clemmons listed on his application. The lady performing the background investigation asked me a few question in nature to the employment (OSI / Dept. of Education) Clemmons had listed on his application where we both worked together. In the outcome or the final results of our conversation, I gave a positive recommendation and approval of hiring Clemmons.

Also for the record, it was Mr. Clemmons who transfer the call to my desk after the call had been misrouted to Mr. Clemmons' desk where Mr. Clemmons was working on a temporary assignment on the date this background investigation was conducted making him too aware of such background investigation was being performed on him.

This is my brief to the facts that yes a background investigation was performed during the month and year as specified above. If you should have any additional questions of me you can contact me at the phone number and address listed below after my signature under a sworn affidavit before the Court has been entered.

③

**End of SWORN WITNESS STATEMENT:**

I too Pursuant to 28 U.S.C. Sec. 1746, I declare under penalty of perjury, under the laws of the United States, that the foregoing Sworn statements made by me is true, accurate and correct. I too agree for such statement to be placed into the record as an Exhibit that will serve as evidence. I signed these statements before a certified legal notary witnessing me (the Witness) signing to make any but all statements as truthful, legal and binding under oath making this submission and any others statements, responses or submission are sworn Affidavit under oath this date forth for the record.

Respectfully Submitted,

James Williams,
Witness for the Plaintiff
344 Longtree Point
Douglasville, GA 30135
Phone: 678-984-5354

Notary Witness Signature

Notary Public, Fulton County, Georgia
My Commission Expires Jan. 26, 2008

Date and Notary Seal Stamped

# NEW DISCOVERY EXHIBIT / AFFIDAVIT

# FOR THE RECORD

# PRIOR TO JURY TRIAL OR SUMMARY JUDGMENT

# IN FAVOR OF PLAINTIFF

**EVIDENCE / FACTS TO:**                    **CASE NO:** <u>1: 06CV00518 (RCL)</u>

**SAMUEL L. CLEMMONS**
**V.**
**U.S. DEPT. OF HOMELAND SECURITY**

Global Insight

- • **US Department of Commerce - Safe Harbor**
- • Developed in consultation with the European Commission as a framework to bridge the different privacy approaches of the United States and the European Union.
- • ChoicePoint adheres to the seven Safe Harbor Principles.
- • **EU Data Privacy Directive**
- • Requires a high level of protection when exporting personal data.
- • Employment authorizations must clearly state that information will be transferred to the United States.
- • Employment application must include a description of the transfer, purposes, categories, recipients, and sensitive data.
- • **Individual Country Regulations**
- • ChoicePoint respects and adheres to individual privacy laws.
- • ChoicePoint respects and adheres to data protection laws.
- • ChoicePoint respects and adheres to all national freedom of information laws.
- • **Code of Practice**
- • Development of a consistent background process.
- • Provides framework to ensure the effective implementation of the Equal Employment Opportunities Policy by promoting good practice in recruitment and selection.



### ChoicePoint in Talks About Airport Card

By Mary Jane Credeur, Atlanta Business Chronicle, October 4, 2002

The notion of a hassle-free airport check-in and security screening sounds almost farcical in the wake of Sept. 11, but an Atlanta company is working with the Transportation Security Administration to help turn that concept into a working program at airports across the nation. Atlanta-based ChoicePoint Inc. (NYSE: CPS), whose main business is doing pre-employment background checks, has been in ongoing discussions with Homeland Security and TSA officials about the basic structure of what a "Trusted or Registered Traveler" program would look like.

*To read the entire article, please visit the Atlanta Business Chronicle Web site at:*
*http://atlanta.bizjournals.com/atlanta/stories/2002/10/07/story2.html*

Legal / Privacy

**ChoicePoint**

Search



Pre-employment Services

> Background Checks

> Drug Tests

> Assessments

> Biometric Services

> Resident Screening

> Global Solutions

## WorkPlace Solutions

ChoicePoint's WorkPlace Solutions group offers a full range of pre- and continuing employment screening products and services. Through instant online screening services, comprehensive background checks and drug testing, ChoicePoint is well-positioned to meet the varying employment needs of its corporate customers.

ChoicePoint is also a leader in the multifamily resident screening industry. ChoicePoint's subsidiary, Resident Data® is a premier nationwide provider of decision-making intelligence that helps mitigate risk and turn qualified applicants into residents, quickly and easily. Resident Data's portfolio of online services, designed exclusively for the multifamily industry, includes comprehensive resident screening, debt collections, and SkipWatch®, a proprietary information-exchange database for property owners and managers.

Legal / Privacy



**ChoicePoint**

**Search**

**Pre-employment Services**

> Background Checks

> Drug Tests

> Assessments

> Biometric Services

> Resident Screening

> Global Solutions

## National Criminal File

ChoicePoint National Criminal File is a comprehensive search of multiple criminal record sources, including fugitive file, state and county criminal record repositories, ChoicePoint proprietary criminal record information, prison, parole and release files from state Department of Corrections, Administrative Office of Courts and other state agencies.

### Key Features & Benefits

- Access to more than 100 million criminal conviction records across all 50 states
- National reach at an economically feasible price
- FCRA Compliant
- Reduces hiring delays
- Reduces potential negligent hiring lawsuits and workplace violence
- Demonstrates strong commitment by employer to provide a safe work environment with a thorough due diligence search





**ChoicePoint National**

**How do I buy**
Call 800-853-:

Legal / Privacy



**ChoicePoint** ꟼ

Search

INDUSTRY SOLUTIONS

# All Products and Services

### Pre-employment Services
> ScreenNow®
> CPScreen™
> National Criminal File

> Oral Screen
> Driver Qualification File Management
> National Scheduling Center
> Stanton Assessments
> Netmark™
> VolunteerSelect$^{SM}$ Plus
> Resident Data®

### Public Records Information
> AutoTrackXP®
> Debtor Discovery$^{SM}$
> Washington Document Service
> ChoicePoint Authentication Services
> Asset Locator
> Business Background Check
> The Ultimate Business Finder
> Voyager Query™
> SQL Direct™
> Batch Services
> Probable Carrier
> Vehicle Owner Information and Claims History
> LienGuard®
> FAIR for Housing Entitlement$^{SM}$
> FAIR for Child Support$^{SM}$
> Qualifier.net
> DNA Identification and Testing
> General Services Administration
> Bridger Insight™

### Government Services Solutions
> Investigative Solutions - i2
> Mapping Solutions - iMapData
> Automation Solutions - EzGov

### Direct Marketing Services

### Global Solutions

### P&C Insurance Underwriting Services
> C.L.U.E.® Personal Auto
> C.L.U.E.® Personal Property
> ChoicePoint Real Property
> Motor Vehicle Records
> Additional Driver Discovery$^{SM}$
> Current Carrier™
> VIN Services
> National Credit File
> Solutions at Quote
> Auto Liability Insurance Reporting
> Loss Payee Notification
> ChoicePoint Rules and ChoicePoint Rules Universal
> ChoicePointLink®

### Fraud Detection Services
> OrderPoint®
> Probable Carrier
> Vehicle Owner Information and Claims History
> AutoTrackXP®
> Washington Document Service
> Batch Services
> FraudFocus$^{SM}$
> SubroFocus$^{SM}$
> i2®
> iMapData®

### Software and Outsourcing Services
> Insurance Software
> Outsourcing Services

### Biometric Solutions
> NetMark™

### Authentication Solutions
> Identity Verification - ProCheck™
> Identity Quiz - ProID™
> Interactive Voice Response Quiz - ProID Voice™
> Face-to-Face Verification - True ID

### Financial Solutions
> USA PATRIOT Act Compliance
> Identity Verification
> Bridger Insight™

Legal / Privacy

Updated 12/08/2006





**ChoicePoint**                                                      Search

# Site Map

## About ChoicePoint
> Overview
> Investor Relations
  > Overview
  > Corporate Governance
  > Stock Quote
  > Financial Highlights
  > Financial News Releases
  > Analysts
  > SEC Filings
  > Annual Reports
  > Calendar
  > Webcasts and Presentations
  > E-mail Alerts
  > Contact Investor Relations
  > Shareholder Information
> News Center
  > News Releases
  > News Features
  > Company Statements and
    Announcements
  > Acknowledgements and Awards
  > Corporate Magazine
  > Tradeshows
  > Media Contact

> Vision and Mission
Corporate Citizenship
  > ChoicePoint Cares
  > Associate Activities
  > How to Give
Management
  > Executive Management
> Office Locations
Join Us
  > Overview
  > Job Opportunities
  > Agency Log-in
  > Co-ops and Interns
Diversity
  > Supplier Diversity
  > Workplace Diversity

> Partner Programs

## Business Solutions

> Pre-employment Services
> Direct Marketing Services
> Public Records Information
> Business Credentialing
> Professional Credentialing
> P&C Insurance Underwriting Services
> Fraud Detection Services
> Software and Outsourcing Services

## Industry Solutions
Retail
  > Pre-employment Services
  > Direct Marketing Services
  > Public Records Information
Insurance
  > P&C Insurance Underwriting Services
  > Fraud Detection Services
  > Software and Outsourcing Services
  > Public Records Information
  > Pre-employment Services
  > Direct Marketing Services
Financial Services
  > Pre-employment Services
  > Public Records Information
  > Direct Marketing Services
  > Biometric Solutions
  > Authentication Solutions
  > Collections and Recovery
  > Investigations
  > Due Diligence and Fraud Prevention
  > USA PATRIOT Act Compliance
  > OFAC List Compliance
  > Identity Verification
  > Risk Management and Regulatory
    Compliance
Government and Law Enforcement
  > Investigative Solutions
  > Mapping Solutions
  > Automation Solutions
  > Public Records Information
  > Pre-employment Services
Legal
  > Pre-employment Services
  > Public Records Information
Telecommunications and Technology
  > Pre-employment Services
  > Public Records Information
  > Direct Marketing Services
Nonprofit
  > Volunteer and Employee Screening
> All Products and Services

## Consumer Solutions
Background Checks
  > Nannies, Contractors & More
  > Doctor Search
  > Instant Business Search

Insurance Reports
  > C.L.U.E. Property (Claims History)
  > Homeowner Insurance Score
  > C.L.U.E. Auto (Claims History)
  > Auto Insurance Score



> DNA Identification and Testing
> Biometric Services
> Authentication Solutions
> Asset Location
> Financial Services
> All Products and Services

Vital Records
   > Certified Birth Certificate
   > Certified Death Certificate
   > Certified Marriage Certificate
   > Certified Divorce Certificate
Travel Documents
   > U.S. Passports and Travel Visas

Legal / Privacy

*Updated 12/18/2006*



EMPLOYMENT SCREENING      **CUSTOMER INFORMATION SCREENING**      **VENDOR & SUPPLY CHAIN SCREENING**

# Global Employment Screening Solutions

**Comprehensive and flexible employment screening solutions**

As a leading employment screening provider, ChoicePoint has the knowledge, experience, resources, and capacity to deliver comprehensive and flexible global solutions customized to fit your needs.

We understand the regulatory complexities of global screening and can help you:

> Recruit and hire workers from abroad to work in the United States
>
> Recruit and hire international employees in their home country

### Easily Navigate Global Risk
Our comprehensive, flexible suite of screening solutions includes on-line and integrated desktop applications.

### Customizable Solutions
Our employment screening solutions allow you to select individual screening elements, customize screening packages and create risk-oriented packages specific to your organization or industry.

All of our solutions provide control-driven data processing and continuous data updates.

**Global Employr**

Our global employment
to include a combinatio
available in every coun
compliance by specific

- Employment
  Education v
- External Ref
  Verification
- Identity Ve
- Criminal Ba
  checks
- Corporate S
- Civil Public R
  searches
- Credit Histor
  and Checks

- Professional
  and Registra

Turnaround times can be
catastrophic weather cone

Talk to a c
Ca

Copyright © 2006 ChoicePoint, Inc. All Rights Reserved.





# About ChoicePoint Global Solutions

## One Vendor for all Your Background Screening Needs

Organizations are increasingly using an international network of employees and partners to accomplish their goals. ChoicePoint helps businesses, government agencies and nonprofit organizations make better decisions through information and technology solutions.

ChoicePoint Global Solutions understands both the opportunities and challenges associated with building a strong presence in the dynamic global marketplace. We offer a comprehensive suite of global screening solutions designed to help accommodate business requirements related to due diligence, risk mitigation and regulatory compliance.

### Global Insight

**US Department of (**
Developed in consult,
framework to bridge
States and the Europ
ChoicePoint adheres

**EU Data Privacy Di**
Requires a high level
Employment authoriz
be transferred to the
Employment applicat
purposes, categories,

**Individual Country**
ChoicePoint respects
ChoicePoint respects
ChoicePoint respects
information laws.

**Code of Practice**
Development of a cor
Provides framework t
Equal Employment O
in recruitment and se

Copyright © 2006 ChoicePoint, Inc. All Rights Reserved



**ChoicePoint**

# Contact Us

## Learn more about how ChoicePoint can help your business on a global scale

Need more information? We'll be happy to answer any questions you may have about our solutions. Just contact us through any of the means below.

| | |
|---|---|
| In the U.S., call us toll-free at: | 877.756.1448 (within the United States) |
| Outside the U.S. call: | +1.770.752.5736 |
| E-mail: | business.international@choicepoint.com |
| Postal address: | ChoicePoint Global Solutions<br>ChoicePoint, Inc.<br>1000 Alderman Drive<br>Alpharetta, GA 30005 |

Copyright © 2006 ChoicePoint, Inc. All Rights Reserved.



Search

## Search Results

1-15 of 15 results
Query: 'Transportation Security Administration'

| Relevance | Type | Date | Title |
|---|---|---|---|
| ■ | | 01/03/2007 | ChoicePoint® Appoints Independent Executive to Oversee Credentialing, Compliance and Privacy Programs |
| ■ | | 09/26/2005 | ChoicePoint® Appoints Independent Executive to Oversee Credentialing, Compliance and Privacy Programs |
| ■ | | 04/22/2005 | ChoicePoint in Talks About Airport Card |
| ■ | ⊡ | 07/12/2005 | ChoicePoint - Privacy at ChoicePoint |
| ■ | ⊡ | 05/05/2005 | ChoicePoint Inc. |
| ■ | ⊡ | 05/05/2005 | Privacy at ChoicePoint - Banking, Housing and Urban Affairs Testimony |
| ■ | ⊡ | 05/06/2005 | ChoicePoint - Privacy at ChoicePoint |
| ■ | ⊡ | 05/11/2005 | ChoicePoint - Privacy at ChoicePoint |
| ■ | ⊡ | 04/19/2005 | Privacy at ChoicePoint - Energy and Commerce Testimony |
| ■ | ⊡ | 10/18/2006 | ChoicePoint - About ChoicePoint/Executive Management |
| ■ | ⊡ | 04/01/2005 | ChoicePoint - Privacy at ChoicePoint |
| ■ | ⊡ | 04/19/2005 | Privacy at ChoicePoint - Judiciary Testimony |
| ⌐ | ⊡ | 07/10/2003 | ChoicePoint's Fifth Annual Shareholder's Meeting |
| ⌐ | ⊡ | 06/18/2004 | news\icp_spring2004.pdf |
| ⌐ | ⊡ | 04/28/2004 | Risk Rev. Book.qxd |

ResultEntry

Legal / Privacy



ChoiceTrust: Top Candidate

Sign In to View Your Results




## TOP CANDIDATE
### BACKGROUND CHECK ℠

**TOP CANDIDATE BACKGROUND CHECK** allows you to differentiate yourself from other job seekers by giving employers confidence in the accuracy of your background information.



**Start Now ▶**

| VIEW | ● INSTANT |
|---|---|
| Sample Report | CHECK |
| | $24.95 |

### INCLUDES:

- ChoicePoint National Criminal File search
- Identity authentication

### ABOUT US

The **Top Candidate Background Check** is generated by ChoiceTrust, the consumer products division of ChoicePoint. ChoicePoint is the leading pre-employment background screening company in the country.

ChoicePoint has provided background screening services for more than 60 years and supports more than half of the Fortune 100 companies with these services.

Have additional questions? Please contact us.

### Why Should I Run a Top Candidate Background Check?

- o  Use your report as a door opener with employers
- o  Give employers confidence in you
- o  Stand out from other job seekers and get that job!
- o  View Product Descriptions

### TOP CANDIDATE REPORTS ALLOW YOU TO:

1. Keep your personalized report confidential
2. Share your report with employers of your choice
3. Track when an employer views your report
4. Remove employer access to your report
5. Access your secure report for 90 days

ChoiceTrust is a registered trademark of ChoicePoint Asset Company.

# Product Descriptions



### Instant Check $24.95

**- ChoicePoint National Criminal File**

An Instant Check provides you with another way to demonstrate to employers that you are a candidate they should consider. Since a primary concern of most companies is hiring candidates without a criminal past, sending employers your Instant Check is a great first step. With an Instant Check, you may access your results for 90 days and send your report to multiple employers.

### Premium Check $49.95

**- ChoicePoint National Criminal File**
**- County Criminal Search**
**- Education Verification OR Employment Verification**

Employers typically conduct at least one county criminal search and a national criminal convictions search. Depending on the opening, employers may also want verification of your employment or education. Complete results will be available in 3 to 5 business days. With a Premium Check, you may access your results for 90 days and send your report instantly to multiple employers.

### Build Your Own

Choose from any combination of our 8 different background screening products.

## CHOICEPOINT NATIONAL CRIMINAL FILE $25

ChoicePoint National Criminal File is a comprehensive search of multiple criminal record sources, including fugitive file, county criminal record repositories, ChoicePoint proprietary criminal record information, prison, parole and release files Department of Corrections, Administrative Office of Courts and other state agencies. This exclusive criminal search incl to more than **100 million** criminal record convictions across the United States. All information reported is FCRA compli. Because the National Criminal File does not contain all criminal records, it can be viewed as a first step in a pre-employ background process to broaden criminal record coverage. Employers should supplement 'No Record Found' National Cri results with a local county records search before making a hiring decision. Turnaround time: Instant.

## COUNTY CRIMINAL SEARCH $16

An in-person, local search that complements the National Criminal File. This search checks Felony and related Misdeme records at the Primary Court Location (Superior, Circuit, County, Common Pleas). Information can return both Felony a Misdemeanor Information if both records are housed in the primary court. Courthouse Fees not included. Turnaround ti business days.

## STATE SEXUAL OFFENDER SEARCH $9

Search for Sexual Offenders who are required to register in the state in which they reside. Not all states provide online sexual offenders. State Fees not included. Turnaround time: 1 - 3 business days.

## REFERENCE CHECK $11

Provides verification of Personal or Business Related references. Information returned can include: Years known and in capacity; Financial Stability; Trustworthiness, reliability; knowledge of civil involvement's. Turnaround time: 3 - 5 busin

## IDENTITY VERIFICATION $10

Conducts interactive searches on available online databases. Information returned can include Social Security # Validat Telephone # Validation, Previous Addresses, Nationwide Fugitive Search, Death Master Index search. Turnaround time:

## EDUCATION VERIFICATION $12

Provides verification of any specified level of education desired. Information returned can include: Date of Attendance, Degree, Graduation Date. Turnaround time: 3 - 5 business days.



**CREDENTIAL VERIFICATION $16**

Provides verification of specified Professional Licensure through the appropriate state. Information returned can include Date; License Type; Expiration Date; Disciplinary Actions; License Status. Turnaround time: 3 - 5 business days.

**EMPLOYMENT VERIFICATION $13**

Provides verification of any specified level of an applicant's employment history. Information returned can include: Date Employment, Job Title, Salary, Reason for Leaving, Eligibility for Rehire, Overall Job Performance. Turnaround time: 3 - days.

**close window**

## INFORMATION ABOUT CHOICEPOINT NATIONAL CRIMINAL FILE SEARCH RESULTS

PRINT PAGE

Records in the ChoicePoint National Criminal File (NCF) have several searchable identifiers: Name, Date of Birth, and Social Security Number (SSN). Two unique identifiers are required before a record will be returned: Name and Date of Birth or Name and SSN. If there are not any records in the NCF that match the search criteria, "No Record Found" will be returned.

Because a very limited number of criminal records include social security numbers, records typically have Name and Date of Birth attached. Occasionally, an individual with a "common name" can sometimes have a record returned for his report that is not his own because the Name and Date of Birth match. If this occurs, ChoicePoint will research the record, which might cause a delay.

If a record is associated with the name, date of birth, or social security number submitted as search criteria, your complete report results may be delayed up to 5 business days or more for further research for a complete NCF. We will notify you by email when your report is complete. If you have additional questions, please call us at 1-800-888-5773 - Press Option 1.

**close window**