

**News and Publications**



🖶 Print Article

## ANSI and BBB Spearhead Coalition of Leading Corporations to Combat ID Theft and Fraud

New York September 13, 2006

The American National Standards Institute (ANSI) and the Better Business Bureau system (BBB) today announced a partnership with a cross-sector team of high profile companies to create a single resource of standards and guidelines that businesses and other organizations can use to prevent and respond to identity theft and fraud. The nine founding partners that have joined ANSI and BBB in this effort are AT&T, Citi, ChoicePoint, Dell Inc., Intersections Inc., Microsoft, Staples, Inc., TransUnion and Visa U.S.A.

The initiative, called the Identity Theft Prevention and Identity Management Standards Panel (IDSP), leverages ANSI's unique expertise as coordinator of the U.S. standards and conformity assessment system with BBB's extensive experience in advancing trust in the marketplace. The panel's membership will include participation from the full range of affected stakeholders.

"More than 18 million Americans have been the victims of identity-related fraud over the past two years, crossing all aspects of their personal and financial life, said S. Joe Bhatia, ANSI president and CEO. "It's time that a coordinated assessment was made of the standards and other solutions that the marketplace has developed, or needs to develop, to address this problem and to make the results widely available."

The IDSP will have two main charges: First, it will endeavor to identify and catalogue in one place any existing, broadly-applicable identity theft and fraud prevention standards and guidelines. Second, it will identify areas where updated or new standards are needed. The panel's recommendations for revised or additional standards shall serve as a call to action for further work by the standards development community.

"Securing and protecting sensitive personal information is crucial for businesses wanting to earn customer trust," explained Steven Cole, BBB system president and CEO. "By identifying, reviewing and making available the relevant standards and guidelines, we will be giving businesses a toolkit that will help them deliver on their responsibility to protect the data of their customers, partners and employees."

Issues to be explored by the IDSP include managing access, storage and disposal of customer and employee data, personnel qualifications and training for the handling of sensitive data, criteria for selecting data contractors, and recapturing and restoring the integrity of stolen identities.

An aggressive timetable of 12-18 months has been set for the Panel to produce a comprehensive, cross-sector set of requirements and best practices that can help any organization protect the confidential personal data of its employees and customers.



In addition to industry, participation is being sought from standards development organizations, trade and professional associations, government agencies, consumer groups, organized labor, academia and other interested groups. Those organizations interested in participating in the IDSP initiative are encouraged to contact Jim McCabe, ANSI director of consumer relations and public policy (212-642-8921; jmccabe@ansi.org). For more information, visit the panel's website at www.ansi.org/idsp.

**About ANSI**
ANSI is a private non-profit organization whose mission is to enhance U.S. global competitiveness and the American quality of life by promoting, facilitating, and safeguarding the integrity of the voluntary standardization and conformity assessment system. Its membership is comprised of businesses, professional societies and trade associations, standards developers, government agencies, and consumer and labor organizations. For more information, visit www.ansi.org.

**About BBB**
Based in Arlington, VA, the BBB system is dedicated to fostering trust between businesses and consumers in both the traditional and online marketplace. The first BBB was founded in 1912 – today, the BBB system is comprised of 130 local Better Business Bureaus (BBBs) across the US and Canada, and serves millions of consumers, nearly 400,000 small and medium business members, and several hundred national and multi-national corporations based in North America. The BBB system has grown to become the most trusted name and recognized advocate for promoting ethical business and advertising practices, providing more than 90 million instances of service to consumers and businesses in 2005. For more information on the BBB system, visit www.bbb.org.

View press release in Español

**Close This Window**

Privacy at ChoicePoint: Company Statements

Privacy at
ChoicePoint

Resources | About ChoicePoint | Contact Us | Site Map

Home ⌧ Protecting Yourself ⌧ How We Protect You ⌧ Advocacy ⌧ News ⌧ Consumer Notices

News
: Articles
: Company Statements

## Company Statements

| Title | Date |
|---|---|
| **ChoicePoint Creates Consumer Advocate Position; Appoints Experienced Consumer Lawyer** <br> ChoicePoint today announced the appointment of the company's first Consumer Advocate as part of an on-going effort to make the company's processes more transparent to consumers... <br> ⊡Read Full Statement | October 23, 2006 |
| **Top Myths About ChoicePoint** <br> There are many common "myths" about ChoicePoint that have surfaced in recent years, all of which are inaccurate in some way. This document sorts out the facts from the fiction. <br> ⊡Top ChoicePoint Myths | October 5, 2006 |
| **ChoicePoint Responds to Inaccurate Column** <br> An online blogger who is a frequent critic of ChoicePoint recently posted a column on his Web site, in which he made several inaccurate statements about ChoicePoint. To read the column and ChoicePoint's responses to many (but not all) of his misstatements, click here. | May 16, 2006 |
| **Information about the FTC Settlement** <br> ⊡ChoicePoint Statement <br> ⊡Privacy Enhancements Fact Sheet <br> ⊡FTC Settlement Fact Sheet | January 26, 2006 |
| **ChoicePoint Clarifies AP Story** <br> On November 8, 2005, the Associated Press published a story with the headline, "ChoicePoint notifies another 17,000 consumers they may be data breach victims," based on the company's regular Form 10-Q filing with the Securities and Exchange Commission. <br> Read Full Statement | November 9, 2005 |

| | |
|---|---|
| **ChoicePoint Does Not Charge Consumers for Existing Information About Themselves**<br>The Los Angeles Times published an article on Monday, August 22 ("Firms Hit by ID Theft Find Way to Cash In on Victims") that could leave the incorrect impression that ChoicePoint charges consumers to access existing information about themselves.<br>□Read Full Statement | August 23, 2005 |
| **Presentation to Association of Certified Fraud Examiners**<br>In the last year, more than nine million Americans were victims of identity theft. How much does this cost society as a whole? About 50 billion dollars a year.<br>□Read Full Statement | July 12, 2005 |
| **ChoicePoint Responds to 5/3 Article in The Wall Street Journal**<br>A story in The Wall Street Journal on May 3 incorrectly reports that, in relation to the recent fraud incident, that data had been illegally downloaded on millions of people.<br>□Read Full Statement | May 4, 2005 |
| **ChoicePoint to Exit Non-FCRA, Consumer-Sensitive Data Markets**<br>ChoicePoint Chairman and Chief Executive Officer Derek V. Smith announces that the company will discontinue the sale of information products that contain sensitive consumer data...<br>□Read Full Statement | March 4, 2005 |

Home | Protecting Yourself | How We Protect You | Advocacy | News | Consumer Notices

Privacy | Legal

© ChoicePoint Asset Company. All Rights Reserved.





## ChoicePoint® Appoints Independent Executive to Oversee Credentialing, Compliance and Privacy Programs

### *Carol A. DiBattiste to Report to Board of Directors Committee*

**ALPHARETTA, Ga. - March 8, 2005** - ChoicePoint (NYSE: CPS) today announced the appointment of Carol A. DiBattiste, currently Deputy Administrator of the U.S. Transportation Security Administration, as the company's Chief Credentialing, Compliance and Privacy Officer. She will report to the company's Board of Directors Privacy Committee.

"Recent events where criminals were able to become customers have led us to take this strong action in order to regain the trust of consumers that their information is being used only for their benefit, or the benefit of society at large," noted Privacy Committee chairman Dr. John Hamre. "To regain that trust, we need a strong voice outside the day-to-day business that is responsible for customer credentialing, compliance and privacy. Having a person of Carol's stature join us is vital to our efforts to have the kind of policies, procedures and compliance programs that build confidence as well as set a standard for the industry."

DiBattiste will lead an independent office in Washington, DC to oversee improvements in customer credentialing processes, the expansion of a site visit-based verification program, and implementation of procedures to expedite the reporting of incidents. She will also be responsible for helping to establish policies regarding the company's compliance with local, state and federal privacy laws, regulations and company policies.

A former Undersecretary of the Air Force, DiBattiste also served as Director of the Executive Office for U.S. Attorneys, Deputy U.S. Attorney for the Southern District of Florida, Assistant U.S. Attorney, and was one of the Air Force's top prosecutors.

### About ChoicePoint

ChoicePoint (NYSE: CPS) is the leading provider of identification and credential verification services for making smarter decisions in a world challenged by increased risks. Serving the needs of business, government, non-profit organizations and individuals, ChoicePoint works to create a safer and more secure society through the responsible use of information while ensuring the protection of personal privacy.

Legal / Privacy





# Derek V. Smith
# Chairman and Chief Executive Officer (CEO)

Derek Smith has served as ChoicePoint's CEO since the company went public in 1997, adding the Chairman's responsibilities two years later. In 2004, ChoicePoint generated record revenues of nearly $919 million, an increase of 15 percent from the previous year.

ChoicePoint's growth is a reflection of the business course set by Smith and the ChoicePoint team: Diversify to capitalize on technology advances that allow businesses, government and individuals to responsibly use information to make society more safe and secure.

"World events have forced us to recognize the reality of risk. We do not feel completely secure doing business in an increasingly anonymous world," says Smith. "ChoicePoint is uniquely positioned to harness the positive power of information and technology to help our customers successfully evaluate the risks they face and make smarter decisions."

Smith has called for a drastic change in the privacy versus security debate in America because the current discussion focuses too often on generic risks and fears and not enough on specific, identifiable risks. "The United States faces serious new risks from people who do not hesitate to use technology against us," he said. "Americans must agree on the best ways to use technology to combat terrorists and criminals, because it is possible to make our nation more secure while protecting civil liberties." Smith is the author of two books on the topic, *"The Risk Revolution: Threats Facing America & Technology's Promise for a Safer Tomorrow"* and *"A Survival Guide in the Information Age."*

Government agencies rely on ChoicePoint to help complete their most difficult tasks – using ChoicePoint's DNA laboratory to identify victims of the World Trade Center attacks; using data to help the Maryland State Police identify and locate the D.C. snipers; and conducting background checks on nearly 100,000 applicants in less than six months for airport security screeners for the Transportation Security Administration.

ChoicePoint has been recognized by the National Center for Missing and Exploited Children and the U.S. Department of Justice for helping in thousands of cases to return missing children to their loved ones, selected as the 2004 Good Company of the Year by Atlanta Woman magazine, 2003 Best Employer Overall by the Women in Technology Association and 2002 Company of the Year by Business to Business magazine.

Smith has been honored by Ernst and Young as an Entrepreneur of the Year and by the Georgia Securities Association as Executive of the Year. Prior to launching ChoicePoint, Smith held executive positions within Equifax, Inc., the former parent of the business that would become ChoicePoint. Smith holds an undergraduate degree from Penn State University and a graduate degree from Georgia Tech. He is married and the father of two children.

ChoicePoint is a member of the Standard & Poor's Mid-Cap 400 index and trades on the New York Stock Exchange under the symbol CPS.

ChoicePoint and the ChoicePoint logo are registered trademarks of the ChoicePoint Asset Company.

**ChoicePoint**

## Douglas C. Curling
## ChoicePoint® President and Chief Operating Officer

Doug Curling serves as president, chief operating officer and a director of ChoicePoint Inc. (NYSE: CPS), the leading provider of identification and credential verification. The Company serves the information needs of business, government, non-profit organizations and individuals, including Fortune 1000 corporations, asset-based lenders and professional service providers and federal, state and local governments, and is committed to the responsible use of information and the protection of personal privacy.

Curling, an officer of ChoicePoint since 1993, has helped shepherd the Company's dramatic expansion to double-digit revenue growth, more than a fourteen-fold increase in operating profit. He has also spearheaded a radical change in ChoicePoint's asset base through internal retooling and significant acquisitions and divestitures.

Responsible for building and strengthening an internal environment where employees thrive on developing solutions that leverage ChoicePoint's data and technology competencies, Curling leads the Company's operations and technology groups. In an industry where the only certainty is constant and rapid change, Curling emphasizes the importance of a successful, efficient internal organization.

Under his leadership, the company's revenue sources have been greatly diversified reducing dependence on any one market or customer base and enhancing long-term growth opportunities for ChoicePoint.

Before becoming President and COO, Curling served as the Company's COO from 2000 until 2002, and Chief Financial Officer since its spin-off from Equifax in August 1997 until 2000. Prior to this spin-off, he was Senior Vice President of Finance and Administration for Equifax's Insurance Services Group from 1993 until 1997. In addition, Curling served as Vice President and Assistant Corporate Controller of Equifax from 1989 to 1993, and previously held positions with RJR Nabisco and Ernst & Young.

Curling earned a bachelor's degree in accounting/finance and a master's degree in accounting from Virginia Tech. He is a licensed Certified Public Accountant in Georgia. Curling is a native of the Washington, D.C., area and currently resides in Roswell, Ga. with his wife and their three children.

ChoicePoint and the ChoicePoint logo are registered trademarks of the ChoicePoint Asset Company.

**ChoicePoint**

## ChoicePoint® Fact Sheet

Alpharetta, Georgia-based ChoicePoint (NYSE: CPS) helps businesses, government agencies and nonprofit organizations make better decisions through information and technology solutions. Each year, ChoicePoint helps more than six million people get the jobs they deserve and more than 100 million people get fairly priced home and auto insurance. Small businesses can obtain affordable commercial insurance because of our products. Businesses can cut costs through our authentication and anti-fraud tools. Government agencies use our data and technology to fulfill their missions in all parts of the world. ChoicePoint employs approximately 5,000 people at more than 50 locations in 26 states and the U.K.

| | |
|---|---|
| **Leadership** | Derek V. Smith, Chairman & Chief Executive Officer |
| | Douglas C. Curling, President & Chief Operating Officer |
| **Markets** | Underwriting and Claims Support for Home, Auto and Commercial Insurance Carriers |
| | Background Screening of Job Applicants, Tenants, Volunteers, Vendors and Partners |
| | Online and On-request Distribution of Public Records |
| | Direct Marketing Services |
| | Data and Information Analysis Tools for Government and Criminal Justice Agencies |
| **Privacy Statement** | ChoicePoint is dedicated to protecting the privacy of individuals and strongly promotes the responsible use of information as a fundamental plank of its business model, including strict standards regarding the use and dissemination of personal information. ChoicePoint has an independent Office of Credentialing, Compliance and Privacy that establishes privacy and information security policies, procedures and guidelines and ensures compliance with local, state and federal privacy laws, regulations and company policies, procedures and guidelines; trains and educates associates on the responsible use of information; and oversees improvements in ChoicePoint's customer credentialing processes. |
| **Financial Information** | Revenues from continuing operations increased 19 percent to $912.7 million in 2005 |
| | Earnings per share were $1.66 in 2005 |
| | Net Income was a record $152.0 million |
| **Web Site Address** | www.choicepoint.com |
| **Media Contact** | Chuck Jones |
| | Director, External Affairs |
| | chuck.jones@choicepoint.com |
| | 770-752-3594 |
| **Investor Relations Contact** | Carey Skinner |
| | Assistant Vice President, Investor Relations |
| | carey.skinner@choicepoint.com |
| | 770-752-3369 |

ChoicePoint and the ChoicePoint logo are registered trademarks of the ChoicePoint Asset Company.



**ChoicePoint**

## ChoicePoint® Privacy Information

As a leading provider of information, technology and analytical services, ChoicePoint's goal is to play a role in making society safer and less risky while, at the same time, ensuring that individual privacy remains protected.  Information maintained by ChoicePoint is collected and used in compliance with federal and state privacy laws as well as industry standards.  The vast majority of its non-public record products, such as credit reports for pre-employment screening or claims history reports for insurance underwriting, are handled by ChoicePoint either with the consumer's consent or as part of a transaction initiated by the consumer.  Public record information is collected from records created by government agencies and these are provided to ChoicePoint customers as allowed by state and federal public record access laws.  ChoicePoint also obtains information from credit reporting agencies in a process governed by the Fair Credit Reporting Act (FCRA) or the Gramm-Leach-Bliley Act.  These two laws regulate the collection, use and dissemination of personally identifiable information.

ChoicePoint makes the protection of personal privacy an essential component of its operations.  ChoicePoint builds privacy into its corporate culture through customer and employee credentialing; compliance monitoring; policies and procedures; and employee training and education.  These components of privacy and information security are monitored closely by the company's Credentialing, Compliance and Privacy Office and ChoicePoint's chief privacy officer reports directly to the Board of Directors.

Recent examples of ChoicePoint's dedication to being a leader in the protection of personal privacy include:

- Implemented broad privacy enhancements to products and business practices in the areas of access; credentialing; policies, procedures and guidelines; audit and compliance; organizational; technology solutions; consumer outreach, education, and advocacy.

- Enhanced products to limit customer access to sensitive personally identifiable information.

- Established a centralized corporate credentialing center and strengthened the company's customer credentialing procedures including site visits for customers who receive sensitive personal information.

- Codified, enhanced or developed more than70 new or additional key policies, procedures and guidelines.

- Enhanced network security by implementing application scanning services and additional encryption technology.

- Implemented a mandatory training program requiring all associates to undergo privacy, information security and code of conduct training on an annual basis.

- Obtained online privacy seals for consumer oriented Web sites.



- 2 -

ChoicePoint devotes significant resources to being an industry leader in protecting consumers' privacy and their personal information. The highly respected independent research firm, Gartner, wrote in a Fall 2006 report that ChoicePoint has become "a role model for data security and privacy practices." A link to the full report can be found at www.choicepoint.com/news/choicepoint_1996.pdf .

In 2005 and 2006, ChoicePoint passed more than 88 independent security audits, a clear demonstration of the company's commitment to protecting consumer privacy.

Additional details about what ChoicePoint does to protect personal privacy can be found on the Web site, www.privacyatchoicepoint.com .

# # #

ChoicePoint and the ChoicePoint logo are registered trademarks of ChoicePoint Asset Company.

Last updated 11/17/2006

**ChoicePoint**

## Top Myths About ChoicePoint

There are many common "myths" about ChoicePoint that have surfaced in recent years, all of which are inaccurate in some way.

ChoicePoint provides information and technology tools that help companies, government agencies and non-profit organizations make decisions related to economic or physical risks. More than 70% of the company's annual revenue is derived from activities that clearly benefit a consumer and the overwhelming majority of that activity is initiated directly at the request of the consumer him/herself.

- - -

**MYTH:** Some critics say ChoicePoint helps the U.S. government spy on innocent citizens.

**FACT:** False. ChoicePoint creates reports of available information for businesses, non-profit organizations and government agencies that help them make decisions.

The majority of the reports that ChoicePoint generates are initiated by consumers to assist them in getting jobs, insurance or apartments. For example, we help millions of Americans every year get the job they seek by providing employers with applicant-authorized pre-employment background checks that verify the information provided by the job-seeker. We also help non-profit organizations improve the safety of their programs for children through permission-based volunteer background checks – every two days, on average, these checks have identified a registered sex offender who has failed to disclose his or her conviction.

Some reports are ordered by law enforcement agencies to assist them in their active investigations. For example, ChoicePoint helped Maryland police identify the "D.C. sniper" serial killers in 2002 and our data helped identify and capture a serial rapist and killer in Colorado.

- - -

**MYTH:** ChoicePoint is engaged in "data mining" on behalf of the U.S. government. Aren't you allowing the government to gather data on Americans that the government, itself, is not allowed to do?

**FACT:** False. The information we gather is predominantly public information that comes from government records and public sources. Neither we nor our customers "mine" the data in our information search systems. Instead, we gather data and compile reports in response to a specific request by clients who have a permissible purpose for accessing that data. For example, law enforcement agencies are allowed to access to information as part of an investigation of a known or suspected crime or to enforce a law or regulation. But all the information obtained by law enforcement officials through ChoicePoint is information they are legally able to gather on their own – ChoicePoint simply makes it faster and cheaper for law enforcement agencies.

- - -

**MYTH:** ChoicePoint is the U.S. government's favorite data company and has the inside track on no-bid contracts.

**FACT:** False. As required by government procurement laws, contracts that ChoicePoint receives are either obtained through a competitive bid or are granted based on other appropriate government authority.

- - -

**MYTH:** ChoicePoint conspired to elect George W. Bush in 2000.

**FACT:** False. ChoicePoint never has been and never will be involved in the voting process in the United State or any other country. The confusion arises from the fact that the company bought Database Technologies (DBT), a company that was under a publicly bid contract to review Florida voter registration rolls from 1998 through 2000. ChoicePoint was not in the voter registration review business before the DBT acquisition and discontinued the product. For more information on this issue, please see the U.S. Civil Rights Commission report on the 2000 presidential election,
(http://www.usccr.gov/pubs/vote2000/report/ch5.htm).

- - -

**MYTH:** ChoicePoint maintains a dossier on every adult American.

**FACT:** False. ChoicePoint gathers public information from government agencies, from other public sources including phone books, and we purchase address histories and basic identity information from the three major credit bureaus. We also manage information for certain industries only for the use of companies in those industries. We compile this information into specific reports we provide to our customers. However, there is no "file cabinet" in which you would find a folder of all information on John or Jane Doe. ChoicePoint also does not maintain credit reports, banking records, credit card purchase data or any other private financial, health or lifestyle information on consumers.

If you would like to see the kinds of reports we generate, visit www.ChoiceTrust.com. Through the Web site, you can obtain a series of free reports about yourself: a five-year history of insurance losses reported to your auto or home insurer (if such insurer is a ChoicePoint customer), a pre-employment or tenant screening report we may have created if you applied for a job or a rental home with one of our customers, and a public record search report.

- - -

**MYTH:** ChoicePoint maintains financial records on American consumers, including what I buy with my credit card.

**FACT:** False. ChoicePoint does not maintain credit reports, banking records, credit card purchase data or any other private financial or lifestyle information on consumers. With a consumer's permission, ChoicePoint will acquire credit reports from the major credit bureaus on behalf of customers and provide them for a permissible purpose such as a background screening if a prospective employee would be handling money.

- - -

**MYTH:** Isn't it true that ChoicePoint opposes any legislation that would allow consumers to freeze their credit or would force ChoicePoint to promptly and fully notify people affected by a data breach?

**FACT:** No. ChoicePoint does not oppose any legislation that would allow consumers to freeze their credit file. In fact, we support national legislation on this issue so that there is a consistent standard throughout the country. We are on the record as seeking federal legislation that would create a national standard of conduct concerning consumer information for a range of companies, educational and charitable institutions and government agencies, including a requirement that consumers be notified of security breaches and be given a right of access to public record information products.

- - -

**MYTH:** ChoicePoint information is inaccurate and not up-to-date.

**FACT:** False. Most of the time, the information included in reports compiled by ChoicePoint is what exists in government records, such as court documents and property records, and information that has been provided by you, the consumer. Other sources of information are highly credible and include companies where you have an existing relationship, such as your insurance company, which supplies records of any auto or home insurance claims you have filed.

Government records can and do contain errors. ChoicePoint does not create this information and does not have the right or ability to change information in government records. We will, however, do what we can to help consumers identify and correct errors, often by contacting the appropriate public agencies. So consumers can see what public information would be in their public records search reports, we provide free reports at www.ChoiceTrust.com. We also support federal legislation that would ensure all information companies give consumers access to their public record information.

- - -

**MYTH:** ChoicePoint has my DNA / fingerprints / blood type.

**FACT:** False. ChoicePoint operates a world-class forensic DNA laboratory that, at the request of law enforcement, processes crime scene evidence, DNA from prison inmates, and DNA from victims of mass disasters such as Hurricane Katrina and the World Trade Center attacks. However, we do not have a database of the DNA we process. In fact, the DNA samples we receive are not identified by name; rather, by codes supplied by law enforcement. We don't find out the identity of an individual unless we are called to testify at trial. All samples are returned to the government agency that hired us to perform the analysis.

ChoicePoint recently announced the decision to sell its forensic DNA business.

- - -

**MYTH:** ChoicePoint will sell any data to anyone for a price.

**FACT:** False. ChoicePoint's business is to help businesses, non-profit organizations and government agencies make decisions using information, software and technology. To use our data-based products, customers must have a permissible purpose such as conducting pre-employment background screenings or on-going criminal investigations.

Most of our products require consumers to give their permission before their data can be shared with or verified for our customers. Customers are put through a rigorous credentialing process that helps ensure they are a legitimate business or organization. We also use technologies and audit tools to help ensure customers are using information responsibly, including contacting consumers at random to confirm that they gave their permission to have their information released for a specific purpose, such as an employment application.

- - -

**MYTH:** ChoicePoint claims histories (C.L.U.E.® reports) caused my insurance rate to go up / policy to be canceled.

**FACT:** False. ChoicePoint claims history reports play no part in a decision to increase existing policy premiums, cancel, or non-renew coverage because the carrier already has the claims histories for existing customers.

When an individual applies for property or auto insurance, he or she authorizes the insurance company to verify the information on the application so the company can develop appropriate quotes. ChoicePoint's role is to verify information provided on the application such as previous insurance claims or driving records as well as provide information the insurance company requests, such as insurance scores or credit reports. It is the insurance company that decides whether to provide coverage and at what premium.

- - -

**MYTH:** ChoicePoint kept me from getting a job.

**FACT:** False. Federal law requires that employers provide notice and obtain an applicant's permission prior to requesting an employment-related background check. In 2005, we helped more than six million Americans get the job they wanted. Some small percentage of those screened have a criminal record or some other disqualifying piece of information in their background. Nevertheless, the decision to not give them the job was that of the company to which they were applying, not ChoicePoint.

ChoicePoint also helps non-profit organizations around the country to screen their volunteers and paid staff. When we examined a three-year period of 1.6 million background checks requested by non-profit organizations, we found more than 86,000 people had applied to work with children or at-risk populations who had an undisclosed criminal conviction. Some crimes were relatively minor but many were not, including 500 sex offenders who were applying to work with children.

- - -

**MYTH:** Once ChoicePoint does a background check on me, there's nothing I can do about it if something is wrong.

**FACT:** False. By federal law, a consumer can challenge a background check governed by the Fair Credit Reporting Act. Once a challenge is made, the costs associated with doing another background check are borne by ChoicePoint and a new report that confirms the information or corrects it is issued as quickly as possible, but no later than 30 days from the date the report is disputed.

- - -

## Myths Related to the ChoicePoint Fraudulent Data Access Incident

In February 2005, ChoicePoint disclosed an incident in which criminals committed fraud by using falsified business licenses and other documents to gain access to a limited set of ChoicePoint data. This incident generated its own set of myths, some of which follow.

- - -

**MYTH:** ChoicePoint tried to cover up the fraud incident and didn't notify consumers until they were forced to do so.

**FACT:** False. ChoicePoint notified law enforcement officials that we had found suspicious activity by a few of our small business customers in the Los Angeles area. Based on this, law enforcement officials started an investigation and ChoicePoint, in accordance with California law, notified California consumers who may have been affected and then voluntarily did so nationwide. We also built on the California law by offering assistance to consumers, including setting up toll-free numbers and Web sites to provide information to potentially affected consumers and offering them free credit reports and one year of free credit monitoring.

- - -

**MYTH:** Thieves hacked into ChoicePoint's systems.

**FACT:** False. Hackers did not access ChoicePoint's system. As stated in our public filings, access to products containing personal information was gained by criminals who fraudulently opened ChoicePoint accounts by using stolen identities and altered documents. Separately, ChoicePoint reported a few instances of legitimate customer IDs and passwords that were misused by customer personnel.

- - -

**MYTH:**  Thieves accessed consumer credit and financial information.

**FACT:**  False.  ChoicePoint does not keep or maintain credit reports, banking records, credit card transaction data, cell phone records or any other private financial information on consumers.

- - -

**MYTH:**  The ChoicePoint fraud incident resulted in hundreds of thousands of identity theft victims.

**FACT:**  False.  As stated in our public filings, while we sent notices to approximately 163,000 individuals who may have had their information viewed, we are learning that a much smaller number of individuals were actual victims of identity theft.  In fact, the Los Angeles County District Attorney indicted a perpetrator on 22 counts involving 16 victims.

- - -

**MYTH:** ChoicePoint charged victims to access their personal information.

**FACT:**  False.  ChoicePoint gives consumers the ability to order a free search report of their own public records information. To do so, visit http://www.Choicetrust.com.

- - -

**MYTH:**  Data brokers like ChoicePoint are unregulated and do not support legislation that would regulate them.

**FACT:**  False.  Nearly 60% of ChoicePoint's revenue come from transactions that consumers request, such as applying for home or auto insurance, a job, or ordering goods over the internet. A majority of these products are subject to the Fair Credit Reporting Act (FCRA) and the Fair and Accurate Credit Transactions (FACT) Act.

In regard to legislation:
- ChoicePoint supports accountability for all entities that handle personal information – including the public sector, academia and other private sector organizations.
- We support a preemptive, nationwide notification law.
- We also support increased penalties for those criminals who commit identity theft and business fraud.
- We support giving consumers free access to public record search reports about themselves. In fact ChoicePoint already voluntarily does so.

- - -

**MYTH:** The first and biggest data breach disclosed under the California law was from ChoicePoint.

**FACT:** False. ChoicePoint was not the first company to disclose a security breach. In fact, there were several disclosures of U.S. data breaches in 2004 and in 2005 prior to ChoicePoint's notification in mid-February. As stated in our regulatory filings and public disclosures, we have sent notices to approximately 163,000 individuals who may have been potentially affected by fraudulent and improper access to ChoicePoint information services. Various consumer advocacy groups report that since the beginning of 2005, data incidents have been disclosed by well over 300 companies, colleges and universities, government agencies, and non-profit organizations that have potentially affected more than 67 million people.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | **CIVIL ACTION NO:** |
| | ) | |
| Plaintiff | ) | |
| | ) | **1: 06CV00518 (RCL)** |
| vs. | ) | |
| | ) | |
| | ) | |
| U.S. DEPT. OF HOMELAND SECURITY, et | ) | |
| al | ) | |
| | ) | |
| Defendants | | |

## PLAINTIFF'S MOTION REQUEST TO ENTER FINAL AFFIDAVIT OF SERVICE SHOWING PROPER PROOF OF DELIVERY OF THE THIRD AND FINAL SETS OF ADMISSION, INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANTS IN ADDITION TO THE PLAINTIFF'S MOTION REQUEST TO ENTER FINAL DISCOVERY FOR THE RECORD

Plaintiff file this Motion Request to file and enter Final Affidavit of Service showing proper proof of service to the Defendants in nature to the Plaintiff's requests for Admissions, Interrogatories, Requests for Production of Documents and Things Propounded to Defendant in addition to the Plaintiff's Motion Request to Enter Final Discovery to set the stage for a Demand Jury Trial or Summary Judgment in whole but in favor of the Plaintiff. Showing proof of service by certified mail with a return receipt tracking number of **7006 0100 0004 7928 3494 and 7006 0100 0004 7928 3517**.

By entry of this Motion into the record and for the record let it show, state and express that the Plaintiff has been in complete compliance with the Federal Rules of Civil Procedures and the Plaintiff has not abused anything but has given the Defendants a fair



but equal opportunity to comply with the Rules of the Federal Rules of Civil Procedures even if such Defendants responded late or untimely after such default entry had been entered by the Office of the Clerk. In this case before the Court the Judge did not deny Default Entry by the Clerk.

The Plaintiff continued to entertain some of the Defendant's rebuttals, pleas or requests in many attempts to have such default entry removed.

The Plaintiff filed multiple oppositions against the Defendant's responses. The Plaintiff entered multiple but many objections to many of the Defendant's Counsel false statements which truly reveal fraud submissions into the record with proven factors or claims submitted by the Plaintiff.

The Plaintiff filed at least three sets of Admissions, Interrogatories, and Things Propounded upon the Defendants and the Defendant's Counsel through subpoenas and the Plaintiff's final request to compel the Defendants and the Defendant's Counsel to fully but fairly produce **all** records in order to draw or come to a full but fair conclusion to set the stage for a Jury Trial and a Summary Judgment rather it maybe in the favor of the Plaintiff or the Defendants.

The Plaintiff extended a fair but equal opportunity for the Defendant's Counsel to settle this lawsuit outside of Court by giving the Defendant's Counsel an opportunity to call the Plaintiff on **March 12, 2007 @ 1:00 p.m.** eastern standard time. The Defendant's Counsel failed to attempt to settle this matter outside of Court now adding additional time and expenses upon the Court after April 1st, 2007. (See attached phone log sheet to prove such statements upon the Court and Rule 16 (b), 26(a) (1) (E)).

The Defendants and the Defendant's Counsel have failed to submit anything to show this honorable court full compliance and full cooperation with the Federal Rules of the Civil Procedures.

In the Plaintiff's final submission of this Affidavit of Service the Plaintiff now say and express to this honorable court that this case is now fully brief and should be close due to fraud is founded, revealed and proven by the Plaintiff and such is not proven otherwise by the Defendants or the Defendant's Counsel through many attempts served upon the Defendants and the Defendant's Counsel to produce discovery and to proven otherwise.

Sanction should not be imposed upon the Plaintiff but sanction should now be completely imposed upon the Defendants and such Proposed Orders, Protection Orders and Restrainer Orders should be honored according to the Plaintiff's past and present requests for complete JUSTICE according to the law.

In conclusion and in summary, the rules of the law clearly states and expresses under the content of Rule 37(c) failure to disclose; false or misleading disclosures; refusal to admit. It states that a party that without substantial justification fails to disclose information required by Rule 26 (a) or 26(e) (1), or to amend a prior response to discovery as required by Rule26 (e) (2), is not, unless such failure is harmless, permitted to use as evidence at a trial, at a hearing, or on a motion any witness or information not so disclosed. In addition to or in lieu of this sanction, the court, on motion and after affording an opportunity to be heard, may impose other appropriate sanctions. In addition to requiring payment of reasonable expenses, including attorney's fees, caused by the failure, these sanction may include any of the actions authorized under Rule 37(b)(2)(A),



(B), and (C) and may include informing the jury of the failure to make the disclosure. This is why the Plaintiff is now demanding a Jury Trial prior to Summary Judgment if necessary.

If the Defendants and the Defendant's Counsel cannot response to this motion with substantial evidence to justify or show good cause as to why this lawsuit should be dismissed then responding to this motion should not be necessary.

The Plaintiff has fully briefed such case according to *Lewis v. Faulkner*, 689 F.2d 100, 102 (7th Cir.1982) *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988) and *Langley v. Adams County*, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933) this case should now be brought to a complete close.

The Defendants and the Defendant's Counsel should now be held liable for all Court cost in addition to the judgment award after taxes.

Respectfully Submitted,

SAM L. CLEMMONS
548 Saint Charles PL
P.O. Box 347
Brookhaven, MS 39602
Phone # 866-409-7758

**See Attachments:**

- Affidavit of Service / Proof of Certification
- Final and Additional Exhibit / Affidavit for the Record for a just but fair Summary Judgment in favor of the Plaintiff
- Proposed Orders

CC:

JEFFREY TAYLOR
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530