# AFFIDAVIT OF SERVICE
# /
# PROOF OF
# CERTIFICATION OF
# SERVICE

(43)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

    Plaintiff

CIVIL ACTION NO: 1: 06CV00518 (RCL)

V

U.S. DEPT. OF HOMELAND SECURITY, et al

    Defendants

## AFFIDAVIT OF SERVICE

I, **SAM L. CLEMMONS**, hereby declare that on the **2nd Date of March 2007**, the Defendant received by certified mail with return receipt, the Plaintiff's Second Requests for Admissions, Sets of Interrogatories, and Requests for Production of Documents and Things Propounded to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial. This submission was served upon: <u>Jeffrey Taylor, Special Assistant U.S. Attorney, Civil Division, 555 Fourth Street, NW, Washington, DC 20530</u>. Giving the Defendant an additional **10 days** to cooperate in the discovery process according to Fed. Civ. R. 26. before going forth for a jury trial. The Defendants deadlines dates for delivering documents was **March 12, 2007** with possibilities to discuss settlement options. The Defendants are now in default for jury trial status and possible settlement arrangements. The Plaintiff still demand for a jury trial according to initial complaint and Fed. Civ. R. 37 -40 and 54.

    Attached hereto is the green card acknowledging service. **7006 0100 0004 7928 3494**

[Certified mail return receipt card, USPS Form 3811, addressed to: Atty Jeffrey Taylor, Special Asst U.S. Attorney, Civil Division, 555 Fourth St. N.W., Washington, DC 20530. Article Number: 7006 0100 0004 7928 3494]



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

    Plaintiff

CIVIL ACTION NO: 1: 06CV00518 (RCL)

V

U.S. DEPT. OF HOMELAND SECURITY, et al

    Defendants

### AFFIDAVIT OF SERVICE

I, **SAM L. CLEMMONS**, hereby declare that on the **5th Date of March 2007**, the Defendant received by certified mail with return receipt, the Plaintiff's Second Requests for Admissions, Sets of Interrogatories, and Requests for Production of Documents and Things Propounded to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial. This submission was served upon: U.S. Attorney General, 950 Pennsylvania Ave, NW, Washington, DC 20530. Plaintiff advising the U.S. Attorney General Office that the Plaintiff is now giving the Defendant an additional **10 days** to cooperate in the discovery process according to Fed. Civ. R. 26. before going forth for a jury trial. The Defendants deadlines dates for delivering documents was **March 12, 2007** with possibilities to discuss settlement options. The Defendants are now in default for jury trial status and possible settlement arrangements. The Plaintiff still demand for a jury trial according to initial complaint and Fed. Civ. R. 37-40 and 54.



# NEW DISCOVERY EXHIBIT / AFFIDAVIT

# FOR THE RECORD

# PRIOR TO JURY TRIAL OR SUMMARY JUDGMENT

# IN FAVOR OF PLAINTIFF

I pursuant to the Court laws and laws under the Civil Rules and Procedures and the 28 U.S.C. Sec. 1746, I declare under penalty of perjury, under the laws of the United States, that all the evidence, statements and submissions before this court and submitted into the record under the Plaintiff's Motion Request to Enter Discovery, Admission, Interrogatories, Subpoena Duce Tecum requests and any of the foregoing sworn statements made by me or any witness is true, accurate and correct. I agree for such complaint, summons and statements to be placed into the record as an Exhibit that will serve as evidence in case if this case should go before a jury trial. I signed these statements a certified legal notary witnessing me signing to make any but all statements as truthful, legal and binding under oath and making all submissions and any others statements, responses or submissions are sworn Affidavit under oath this date forth for the record. The Court can now verify such signing of documents is the same as pervious before without going before a notary again. In return upon the Defendants answering to such summons and complaint, etc. the Defendants should enter such statements under a sworn statement before a notary.

Respectfully submitted,

Sam L. Clemmons
Plaintiff, *Pro Se*

_____          3/26/07
Notary Signature                    Notary Date and Seal

**Attachments:**
  Copies of Subpoena Served in a Civil Case Request
  Four Proposed Orders



U.S. Department of Justice

Federal Bureau of Investigation

Clarksburg, WV 26306

January 22, 2007

Mr. Sam L. Clemmons
548 Saint Charles Place
Brookhaven, MS  39601

Dear Mr. Clemmons:

    Reference is made to your letter dated December 12, 2006, with enclosures including a subpoena, concerning your request for a complete copy of your records.  Your subpoena is being returned without being processed.

    To obtain FBI criminal history record information by subpoena, an original court order/subpoena, duly signed by a judge, should be forwarded to our office with accompanying information pertinent to the subject of said subpoena.  This information must include complete name and date of birth of the subject, as well as any other identifying information that may be available, such as aliases, social security number, FBI number, or state identification number.  The subpoena must also include the complete name and address of the court ordering the subpoena and an Originating Agency Identifier number for said court, if known.  Upon receipt of the court order, any record located pertaining to the subject of the subpoena will be forwarded to the court at no cost, for release to the appropriate party as the court deems necessary.

    However, a subpoena is not necessary for an individual to obtain information about himself.  Pursuant to U.S. Department of Justice Order 556-73, the FBI is empowered to release to subjects of identification record copies of such records upon submission of a written request, together with a fingerprint card containing the subject's name, date and place of birth, and an $18 fee in the form of a money order or certified check.  As indicated in your letter, you have submitted your request for a

Mr. Sam L. Clemmons

FBI record check. However, current processing time for a request without a deadline indicated on the envelope is approximately 14-16 weeks from receipt. If your request was submitted via a prepaid courier, you may wish to provide the tracking number to my staff at ▓▓▓▓▓.gov so the submission may be located.

As a matter of record, criminal history records maintained by the FBI's CJIS Division are supported by fingerprints. This ensures that all of the information on the record pertains to one individual and not to another individual who may have the same/similar name, date of birth, etc. In addition, the FBI's CJIS Division serves as the focal point and central repository for fingerprints and criminal justice information services in the FBI. The FBI CJIS Division is responsible for the maintenance of FBI identification records, commonly referred to as "rap sheets." All of the information appearing on an FBI identification record is transcribed directly from the fingerprint cards and related documents submitted by authorized agencies at or near the time of the individual's arrest or confinement.

Your enclosures are returned.

Sincerely yours,

*Kimberly J. Del Greco* /mes
Kimberly J. Del Greco
Section Chief
Identification and Investigative
  Services Section
Criminal Justice Information
  Services Division

Enclosures (4)

# Freedom of Information and Privacy Acts



# Federal Bureau of Investigation



U.S. Department of Justice

Federal Bureau of Investigation
Washington, D.C. 20535

June 30, 2005

Mr Samuel L. Clemmons
548 Saint Charles Place
Brookhaven, MS 39601

Request No.: -GR 04-1394
Subject: Samuel L. Clemmons

Dear Mr. Clemmons:

    Reference is made to your Freedom of Information-Privacy Acts request to the ▓▓▓▓▓▓▓ Administration (▓▓▓). Contained in their files was a document which originated with the Federal Bureau of Investigation. This document was forwarded to us for review and release determination.

    We have completed our review and the document is being released to you in its entirety.

    If you have not already requested a current search of our Criminal Justice Information Services Division records for any record that might pertain to you and wish to do so, please comply with the enclosed instructions set forth in the FBI File Fact Sheet. Fingerprint impressions are needed for comparison with records in the Identification Division to insure that an individual's records are not disseminated to an unauthorized person.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

(51)

```
XX PAGE 01 OF 01          ( )    NCIC RESPONSE NO. 067 ( )              /DCDEA021
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/CLEMMONS,SAMUEL LENNIOUS.DOB/███████.SEX/M.RAC/W.PUR/C.
END
```

2-10-00

(52)

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement
  **The FBI does not keep a file on every citizen of the United States**

- **FBI files generally contain written reports** of FBI investigations of a wide range of matters, including counter-terrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or non-clearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to Clarksburg, West Virginia 26306. Each request must have proof on identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for application or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States

- **If you believe that files exist in one of the FBI field offices, it is incumbent upon you to direct a request to the appropriate office**

**FOR GENERAL INFORMATION ABOUT THE FBI
CHECK OUT OUR WEBSITE AT**
http://www.fbi.gov

## U.S. DEPARTMENT OF JUSTICE

~~████████████████████████~~

### WASHINGTON, D.C.

~~████████~~                                                   **ROI#**
Samuel Lennious Clemmons, ~~██~~.                              ~~████████~~

**INVESTIGATOR**
                                                               **DATE OF REPORT**
S/A Eldred C. Earls                                            11/27/01

## LAW ENFORCEMENT CHECKS

*Record checks through the listed law enforcement agencies showed:*

No Record _____
                                                    Positive Checks __X__
                                                    (See Attached)

---

### DETAILS

**Agency Contacted**          **Records Clerk**              **Date**

GA Dept. of Public Safety     N/A                            11/27/01




The _____'s Driver's License History revealed two (2) citations. There was a conviction for a charge of making an improper turn in 1996. There was a conviction for a charge in 1994 for speeding (83 in 65). The NCIC inquiry also revealed that someone has in the past or is currently using the _____'s social security number.

/1

BI-LAW

```
████-3955 - RDLI      11/27/01 15:20:43 - 11/27/01 15:20:43 CSN8M9YJD47H
KR.GAGBI0051.GADEA01S0.TXT
NAM/CLEMMONS, SAMUEL L.DOB/████████.SEX/M
NAME:CLEMMONS, SAMUEL L
ADDR:████████████████████
      ATLANTA          GA ████-1225
LIC NUM:
                              ADAP:N
SEX:M      DOB:████████    HGT:███ WGT:███ EYE:BRO


CLASS: CM      ISSUE DT:2001-03-24 EXPIRE DT:2005-████
TYPE:REGULAR                  SURR DT:
RESTRICTION:B/CORRECTIVE LENSES
COMMERCIAL STATUS:UNLICENSED
NON-COMMERCIAL STATUS:VALID


ACTIVE SUSPENSIONS:NONE



*CITATION:DISREGARD SIGNS/CONTROL D VIOL DT:1996-11-09 COMM OFF:UNK
   DEKALB COUNTY RECORDER'S COURT    DISP DT:1997-01-09 HAZD OFF:UNK
   POINTS: 03   ACC-INVOLVED:N   DISP:BOND FORFEITURE ST JURIS:GA
```

12

(55)

CONVICTION OFFENSE REFERENCE:40620

\*CITATION:IMPROPER TURNING                VIOL DT:1996-06-04 COMM OFF:NO
  CITY COURT OF ATLANTA # 2               DISP DT:1996-06-27 HAZD OFF:NO
  POINTS: 03   ACC-INVOLVED:Y   DISP:CONVICTED           ST JURIS:GA
CONVICTION OFFENSE REFERENCE:406120

\*CITATION:SPEEDING (83 IN 65)             VIOL DT:1994-12-27 COMM OFF:UNK
  DOUGLAS COUNTY PROBATE COURT            DISP DT:1995-02-13 HAZD OFF:UNK
  POINTS: 02   ACC-INVOLVED:N   DISP:BOND FORFEITURE ST JURIS:GA
CONVICTION OFFENSE REFERENCE:406181


THIS RECORD IS FROM THE GEORGIA DEPARTMENT OF PUBLIC SAFETY COMPUTER FILES AND IS TO BE USED FOR OFFICAL COURT OR LAW ENFORCEMENT USE ONLY. GA.LAW 24-3-17 AND 40-5-2 AS AMENDED, PROVIDES FOR ANY COURT OR CLERK OF COURT ELECTRONICALLY CONNECTED BY A TERMINAL DEVICE TO THE DEPARTMENT OF PUBLIC SAFETY COMPUTER CENTER TO RECEIVE AND USE INFORMATION OBTAINED BY THE TERMINAL WITHOUT THE NEED FOR ADDITIONAL CERTIFICATION.

END OF NAM/DOB/SEX/ INQUIRY

13

*is aware* ↓

▬▬▬▬▬

IDENTIFICATION DATA UPDATED 1984/04/26

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE FOLLOWING:

  FBI      - FBI/▬▬▬▬▬▬▬

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END

-1837 - NCCH        10/24/01 17:13:44 - 10/24/01 17:13:44 BQN8M9XGFS58

7L01BQN8M9XGFS582EF

GADEA0100

THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/CLEMMONS,SAMUEL LENNIOUS SEX/M RAC/U DOB/▮▮▮▮▮▮
SOC/▮▮▮▮▮▮▮ PUR/C

| NAME | FBI NO. | INQUIRY DATE |
|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮ | 2001/10/24 |

SEX RACE BIRTH DATE   HEIGHT WEIGHT EYES HAIR   BIRTH PLACE        PHOTO
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮        N

FINGERPRINT CLASS       PATTERN CLASS

11 10 14 14 09          RS RS RS RS RS LS WU LS LS LS

11 CO 14 17 10

*Someone is using Samuel's SSN #*

ALIAS NAMES
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

SOCIAL SECURITY

15

58

███-1911   PERSONS      10/25/01 18:11:07 - 10/25/01 18:11:07 CSN8H9XHGLG1

RE:  NAM/CLEMMONS, SAMUEL LENNIOUS SEX/M DOB/███████
NO WANT ON THE GCIC FILE

```
████-1912 - RDLI       10/25/01 18:11:08 - 10/25/01 18:11:07 CSN8M9XHGLG1
.KR.GAGBI0051.GADEA0100.TXT
NAM/CLEMMONS, SAMUEL LENNIOUS.DOB/████████.SEX/M
NOT ON FILE
```

17

```
███-1914  DOC        10/25/01 18:11:16 - 10/25/01 18:11:16  CSN8M9XHGLG1


*** NO CURRENT PROBATION OR PAROLE INFORMATION FOR:


RE: NAME/CLEMMONS,SAMUEL LENN       SEX/M  RACE/    DOB/████    SSN/
```

13

**THIS PAGE / EXHIBIT WAS INTENTIONALLY LEFT BLANK
BY THE PLAINTIFF**

**DUE TO PENDING DECISION OR ACTIONS BY THE DEFENDANT(S) OR JUDGE**