# PROPOSE ORDER (S) REQUEST

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | CIVIL ACTION NO: |
| Plaintiff | ) | |
| | ) | **1: 06CV00518 (RCL)** |
| vs. | ) | |
| | ) | AMEND |
| U.S. DEPT. OF HOMELAND SECURITY, et al | ) ) ) | |
| Defendants | | |

## **MASTER ORDER**

Upon consideration of the Plaintiff's Motion requests for Summary Judgment by Default after entering substantial evidence for the record according to <u>Lewis v. Faulkner</u>, 689 F.2d 100, 102 (7th Cir.1982) <u>Fox v. Strickland</u>, 837 F.2d 507 (D.C. Cir. 1988) and <u>Langley v. Adams County</u>, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933).

The Plaintiff has demonstrated good cause shown by means of Exhibits and timely responses and proper service upon the Defendants.

The Plaintiff's Motions requests are hereby granted including the Plaintiff's Motion Requests for Admissions, Interrogatories, Subpoena Duces Tecum and Protective Order from the Defendants' witnesses to support their statements for the record and other documents under <u>de novo</u> as withheld by the Defendants to bring this case matter before the Court to a close. It is now and shall be ORDERED to **"COMPEL"** the Defendants to produce all their evidence "without any redaction" such as the outcome of the Plaintiff's blood, fingerprints, physical and any documentation obtained from ChoicePoint within **0 days** before this order in accordance with Rule 37(a) or it shall be in the best interest of the Defendants to settled this case before going forth for a jury trial as demanded by the Plaintiff in the Plaintiff's motion requests before the Court.

The Plaintiff's Protective Orders and Restraining Orders are also HEREBY GRANTED against the following employees and Agency.



2

They are: Ms. Patricia M. Riep-Dice, Catrina M. Pavlix, Carl Scott, ChoicePoint and the Department of Homeland Security (TSA) and others are now found to be in violation of the United States Section Code 111 ALR, Fed. 295 and 18 U.S.C.A § 1001.

IT IS HEREBY ORDERED and GRANTED that the Defendant (TSA) will delete **the entire** Plaintiff's personal but confidential information from all their databases including databases of ChoicePoint's files and report back to the Court under a sworn declaration before the Court that **all** information has been deleted.

IT IS HEREBY ORDERED that any of the Defendants' Motion Requests to dismiss will be DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment or Summary Judgment by default is GRANTED.

SO ORDERED this _____ day of_____ 200_

                                                         Honorable Royce C. Lamberth
                                                         United States District Court Judge

**Copies to:**

Sam Clemmons, *Pro Se*
548 Saint Charles PL
Brookhaven, MS 39601

Department of Homeland Security
Attn: Director in Charge
601 South 12th Street, TSA-20
Arlington, VA 22202

U.S. Attorney General Office
950 Pennsylvania Ave, NW
Washington, DC 20530

U.S. Attorney Office
501 3rd Street, NW
Washington, DC 20001



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS  )<br>  )<br>  Plaintiff  )<br>  )<br>vs.  )<br>  )<br>  )<br>  )<br>U.S. DEPT. OF HOMELAND SECURITY, et )<br>al  )<br>  )<br>  Defendants | CIVIL ACTION NO:<br><br>**1: 06CV00518 (RCL)**<br><br>AMEND |

## ORDER

Upon consideration of the Plaintiff's Motion requests for Summary Judgment or Summary Judgment by Default after entering substantial evidence for the record according to <u>Lewis v. Faulkner</u>, 689 F.2d 100, 102 (7th Cir.1982) <u>Fox v. Strickland</u>, 837 F.2d 507 (D.C. Cir. 1988) and <u>Langley v. Adams County</u>, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933).

The Plaintiff has demonstrated good cause shown by means of Exhibits and timely responses and proper service upon the Defendants.

The Plaintiff's Motions requests are hereby granted including the Plaintiff's Motion Requests to Subpoena Duces Tecum from all Defendants' witnesses to support their statements for the record and other top-secret documents under *de novo* as withheld by the Defendants by means of redacting or other means to bring this case matter before the court to a close.

IT IS HEREBY ORDERED that any of the Defendants' Motion Requests to dismiss IS HEREBY DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment or Summary Judgment by default is GRANTED.

SO ORDERED this _____ day of _____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**



Sam L. Clemmons, *Pro Se*
548 Saint Charles PL
Brookhaven, MS 39601

Department of Homeland Security
Attn: Director in Charge
601 South 12th Street, TSA-20
Arlington, VA 22202

U.S. Attorney General Office
950 Pennsylvania Ave, NW
Washington, DC 20530

U.S. Attorney Office
501 3rd Street, NW
Washington, DC 20001

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) | CIVIL ACTION NO: |
| Plaintiff ) | |
| ) | **1: 06CV00518 (RCL)** |
| vs. ) | |
| ) | AMEND |
| U.S. DEPT. OF HOMELAND SECURITY, et al ) | |
| Defendants ) | |

## ORDER

Upon consideration of the Plaintiff's Motion requests and the Plaintiff's Discovery entry before the Court. The Court finds it is now in the best interests of the Court and the Plaintiff to bring this case to a close according to the Court's standards.

The Court now deem it's necessary to GRANT the Plaintiff a Jury Trial to hear the facts as disclosed by both sides before a Summary Judgment can be issued.

The Plaintiff has demonstrated good cause shown and has demonstrated damaged done to the Plaintiff's short, immediate and long term life and career that are caused by the Defendant's actions which brought forth the Plaintiff's complaint.

The Defendant(s) had well over enough time to come before the Court with substantiated evidence to contradict the Plaintiff's claims or discovery.

IT IS HEREBY ORDERED that on this date of signing this document the case is assigned for a Jury Trial according to the Plaintiff's demands according to Rule 38 (b) (c) and Rule 8 of the Federal Civil Procedures.

ORDERED this _____ day of _____ 200_

                                              Honorable Royce C. Lamberth
                                              United States District Court Judge



**Copies to:**

Sam Clemmons, *Pro Se*
548 Saint Charles PL
Brookhaven, MS 39601

Department of Homeland Security
Attn: Director in Charge
601 South 12th Street, TSA-20
Arlington, VA 22202

U.S. Attorney General Office
950 Pennsylvania Ave, NW
Washington, DC 20530

U.S. Attorney Office
501 3rd Street, NW
Washington, DC 20001

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) | CIVIL ACTION NO: |
| Plaintiff ) | |
| ) | **1: 06CV00518 (RCL)** |
| vs. ) | |
| ) | AMEND |
| U.S. DEPT. OF HOMELAND SECURITY, et al ) | |
| Defendants ) | |

## ORDER

Upon consideration of the Plaintiff's Motion requests and the Plaintiff's Discovery entry before the Court. The Court finds it is now in the best interests of the Court and the Plaintiff to bring this case to a close according to the Court's standard of Summary Judgment in favor of the Plaintiff.

The Plaintiff has demonstrated good cause shown and has demonstrated damaged done to the Plaintiff's short, immediate and long term life and career that are caused by the Defendant's actions which brought forth the Plaintiff's complaint.

The Defendant(s) had well over enough time to come before the Court with substantiated evidence to contradict the Plaintiff's claims or discovery.

IT IS HEREBY ORDERED that on this date of signing these documents this case is now closed by means of Summary Judgment or Summary Judgment by Default without Prejudice in favor of the Plaintiff.

SO ORDERED this _____ day of _____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge



**Copies to:**

Sam Clemmons, *Pro Se*
548 Saint Charles PL
Brookhaven, MS 39601

Department of Homeland Security
Attn: Director in Charge
601 South 12th Street, TSA-20
Arlington, VA 22202

U.S. Attorney General Office
950 Pennsylvania Ave, NW
Washington, DC 20530

U.S. Attorney Office
501 3rd Street, NW
Washington, DC 20001

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that on this** 9th day of April 2007, **a true copy of the PLAINTIFF'S MOTION REQUEST TO ENTER FINAL AFFIDAVIT OF SERVICE SHOWING PROPER PROOF OF DELIVERY OF THE THIRD AND FINAL SETS OF ADMISSION, INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANTS IN ADDITION TO THE PLAINTIFF'S MOTION REQUEST TO ENTER FINAL DISCOVERY FOR THE RECORD ATTACHED WITH PLAINTIFF'S SET OF PROPOSED ORDER(S)** were all served by regular mail concerning case # 1: 06CV00518 (RCL) to the following:

To: Defendant's Counsel
JEFFREY TAYLOR
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530 / Certified Mail Tracking #: **7006 0100 0004 7928 3494**

RUDOLPH CONTRERAS
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20036 / Certified Mail Tracking #: **7006 0100 0004 7928 3524**

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530 / **7006 0100 0001 6544 1856**

And
United States District Court for the District of Columbia
**Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001 # **0305 0830 0004 5848 5126**

Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601