UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-518 (RCL) |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**UPON CONSIDERATION** of defendants' motion for a thirty day enlargement of time to respond both to plaintiff's "Motion Requests Following Proposed Orders Submitted to the Court Requesting Case to be Closed for Summary Judgment by Default Due to Fraud Reveal, Found and Located by the Plaintiff Against the Defendants," and to plaintiff's "Motion Request to Enter Final Affidavit of Service Showing Proper Proof of Delivery of the Third and Final Sets of Admission, Interrogatories, Requests for Production of Documents and Things Propounded to Defendants in Addition to the Plaintiff's Motion Request to Enter Final Discovery for the Record." motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall respond to the above motions on or before June 7, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.