UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DEFAULT / FAILURE TO COOPERATE**

___SAM L. CLEMMONS___
Plaintiff

vs.    Civil Action No. _1:06CV00518(RCL)_

___DEPT. OF HOMELAND SECURITY___
Defendant

## NOTICE OF APPEAL

Notice is hereby given this __14TH__ day of __MAY__, 20__07__, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the __14TH__ day of __MAY__, 20__07__

in favor of __DEFENDANT (DEPT. OF HOMELAND SECURITY)__

against said __PLAINTIFF__

_/s/ Sam L. Clemmons_
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

U.S. ATTORNEY OFFICE
501 3RD STREET, N.W.
WASHINGTON, DC 20001

**RECEIVED**
MAY 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT