UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM CLEMMONS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   C.A. No.:06-518 (RCL) |
| | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | ) |
| | ) |
|     Defendants. | ) |

**SECOND MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION REQUESTS FOLLOWING PROPOSED ORDERS SUBMITTED TO THE COURT REQUESTING CASE TO BE CLOSED FOR SUMMARY JUDGMENT BY DEFAULT DUE TO FRAUD REVEAL, FOUND AND LOCATED BY THE PLAINTIFF AGAINST THE DEFENDANTS, AND TO PLAINTIFF'S MOTION REQUEST TO ENTER FINAL AFFIDAVIT OF SERVICE SHOWING PROPER PROOF OF DELIVERY OF THE THIRD AND FINAL SETS OF ADMISSION, INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANTS IN ADDITION TO THE PLAINTIFF'S MOTION REQUEST TO ENTER FINAL DISCOVERY FOR THE RECORD**

    Federal defendants, by counsel, move for a second thirty day enlargement of time to July 7, 2007 to respond both to plaintiff's "Motion Requests Following Proposed Orders Submitted to the Court Requesting Case to be Closed for Summary Judgment by Default Due to Fraud Reveal, Found and Located by the Plaintiff Against the Defendants," and to plaintiff's "Motion Request to Enter Final Affidavit of Service Showing Proper Proof of Delivery of the Third and Final Sets of Admission, Interrogatories, Requests for Production of Documents and Things Propounded to Defendants in Addition to the Plaintiff's Motion Request to Enter Final Discovery for the Record." The requested enlargement is merited because defendants' dispositive Motion to

Dismiss Amended Complaint[1/] [docket #14, filed January 5, 2007] is pending before the Court. Also pending before the Court are defendants' Motion for Protective Order [docket #17, filed February 7, 2007], and defendants' Motion for Imposition of Filing Restrictions Against Plaintiff [docket #21, filed March 19, 2007].  Although he failed to file any opposition to defendant's Motion to Dismiss, plaintiff has filed numerous previous motions in this case [docket #8, #10, #15, #18], all of which have been responded to by defendants.  As stated in defendants' motion for imposition of filing restrictions, plaintiff's motions are frivolous and intended to harass defendants, particularly considering plaintiff's failure to respond to defendants' dispositive Motion to Dismiss Amended Complaint, now pending unopposed for over six months.

     Undersigned counsel called plaintiff to obtain his position on this requested extension of time to respond to his two most recently filed motions, but plaintiff's answering machine recording stated that it was not accepting calls.

     Defendants, therefore, move for an additional thirty days to respond to plaintiff's "Motion Requests Following Proposed Orders Submitted to the Court Requesting Case to be Closed for Summary Judgment by Default Due to Fraud Reveal, Found and Located by the Plaintiff Against the Defendants," and to plaintiff's "Motion Request to Enter Final Affidavit of Service Showing Proper Proof of Delivery of the Third and Final Sets of Admission, Interrogatories, Requests for Production of Documents and Things Propounded to Defendants in Addition to the Plaintiff's Motion Request to Enter Final Discovery for the Record".

---

[1/] The Court will note that plaintiff has not to this date filed an opposition to defendants' dispositive motion, nor has plaintiff filed a motion for extension of time in which to file an opposition.  Plaintiff's opposition to defendants' motion to dismiss or protective motion for extension of time to file his opposition would have been due on or before January 19, 2007.

Respectfully submitted,


_____//_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____//_____
RUDOLPH  CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____//_____
ALEXANDER D. SHOAIBI, D.C. BAR # 423587
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Room 4218E
Washington, D.C.  20530
(202) 514-7236

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Federal Defendants' Second Motion for Extension of Time to respond both to plaintiff's "Motion Requests Following Proposed Orders Submitted to the Court Requesting Case to be Closed for Summary Judgment by Default Due to Fraud Reveal, Found and Located by the Plaintiff Against the Defendants," and to plaintiff's "Motion Request to Enter Final Affidavit of Service Showing Proper Proof of Delivery of the Third and Final Sets of Admission, Interrogatories, Requests for Production of Documents and Things Propounded to Defendants in Addition to the Plaintiff's Motion Request to Enter Final Discovery for the Record." has been mailed, postage prepaid, this 7th day of July, 2007 to:

      Sam L. Clemmons
      548 Saint Charles Place
      Brookhaven, MS 39601

                                        /s/
                                  ALEXANDER D. SHOAIBI
                                  Assistant United States Attorney
                                  Judiciary Center Building
                                  555 4th St., N.W., Civil Division
                                  Room 4218E
                                  Washington, D.C. 20530
                                  (202) 514-7236