UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM CLEMMONS, | ) |
|     Plaintiff, | ) ) ) |
|     v. | )   C.A. No.:06-518 (RCL) ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) ) |
|     Defendants. | ) ) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION REQUESTS FOLLOWING PROPOSED ORDERS SUBMITTED TO THE COURT REQUESTING CASE TO BE CLOSED FOR SUMMARY JUDGMENT BY DEFAULT DUE TO FRAUD REVEAL, FOUND AND LOCATED BY THE PLAINTIFF AGAINST THE DEFENDANTS, AND TO PLAINTIFF'S MOTION REQUEST TO ENTER FINAL AFFIDAVIT OF SERVICE SHOWING PROPER PROOF OF DELIVERY OF THE THIRD AND FINAL SETS OF ADMISSION, INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANTS IN ADDITION TO THE PLAINTIFF'S MOTION REQUEST TO ENTER FINAL DISCOVERY FOR THE RECORD**

    Federal defendants, by counsel, move for a two week enlargement of time to July 23, 2007 to respond both to plaintiff's "Motion Requests Following Proposed Orders Submitted to the Court Requesting Case to be Closed for Summary Judgment by Default Due to Fraud Reveal, Found and Located by the Plaintiff Against the Defendants," and to plaintiff's "Motion Request to Enter Final Affidavit of Service Showing Proper Proof of Delivery of the Third and Final Sets of Admission, Interrogatories, Requests for Production of Documents and Things Propounded to Defendants in Addition to the Plaintiff's Motion Request to Enter Final Discovery for the Record." The requested enlargement is merited for the reasons stated in defendants' two prior

motions for enlargement of time to respond to these documents.  Essentially, plaintiff has failed to oppose the dispositive motion filed by defendants, and presently pending before this Court are defendants' motion for a protective order and defendants' motion for imposition of filing restrictions against plaintiff.

In addition, in order to respond to the specific allegations contained in the most recent motions filed by plaintiff, defendants must obtain a declaration from an employee of the Department of Homeland Security who is out of the country on leave.  Defendants will require additional time in order to obtain that declaration.

Undersigned counsel called plaintiff to obtain his position on this motion for extension of time to respond to his two most recently filed motions, and plaintiff provided his consent to the requested extension of time.

Defendants,  therefore, move for an additional two weeks to respond to plaintiff's "Motion Requests Following Proposed Orders Submitted to the Court Requesting Case to be Closed for Summary Judgment by Default Due to Fraud Reveal, Found and Located by the Plaintiff Against the Defendants," and to plaintiff's "Motion Request to Enter Final Affidavit of Service Showing Proper Proof of Delivery of the Third and Final Sets of Admission, Interrogatories, Requests for Production of Documents and Things Propounded to Defendants in Addition to the Plaintiff's Motion Request to Enter Final Discovery for the Record".

Respectfully submitted,

_____//_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                          _____//_____
RUDOLPH  CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____//_____
ALEXANDER D. SHOAIBI, D.C. BAR # 423587
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Room 4218E
Washington, D.C.  20530
(202) 514-7236

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Federal Defendants' Third Motion for Extension of Time to respond both to plaintiff's "Motion Requests Following Proposed Orders Submitted to the Court Requesting Case to be Closed for Summary Judgment by Default Due to Fraud Reveal, Found and Located by the Plaintiff Against the Defendants," and to plaintiff's "Motion Request to Enter Final Affidavit of Service Showing Proper Proof of Delivery of the Third and Final Sets of Admission, Interrogatories, Requests for Production of Documents and Things Propounded to Defendants in Addition to the Plaintiff's Motion Request to Enter Final Discovery for the Record." has been mailed, postage prepaid, this 9th day of July, 2007 to:

      Sam L. Clemmons
      548 Saint Charles Place
      Brookhaven, MS 39601

                                                _____//_____
                                                ALEXANDER D. SHOAIBI
                                                Assistant United States Attorney
                                                Judiciary Center Building
                                                555 4th St., N.W., Civil Division
                                                Room 4218E
                                                Washington, D.C. 20530
                                                (202) 514-7236

Case 1:06-cv-00518-RCL    Document 26    Filed 07/09/2007    Page 6 of 6