UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-518 (RCL) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| HOMELAND SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of defendant's motion [14] to dismiss the Amended Complaint, and plaintiff's failure to respond thereto despite this Court's Order of July 13, 2007, it is hereby

ORDERED that the motion [14] is GRANTED as conceded.

Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE.

This is a final, appealable Order.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 8, 2007.