UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
Plaintiff

vs.                                Civil Action No. 1:06 CV00518

- THE DEPARTMENT OF HOMELAND SECURITY (TSA)
- ~~ROYCE C. LAMBERTH~~
Defendant

## NOTICE OF APPEAL

Notice is hereby given this _____ day of AUGUST, 20 07, that

THE PLAINTIFF (SAM L. CLEMMONS)

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 8TH day of AUGUST, 20 07

in favor of DEFENDANT(S) (DEPT. OF HOMELAND SECURITY (TSA)
ROYCE C. LAMBERTH (U.S. DISTRICT COURT)

against said PLAINTIFF (SAM L. CLEMMONS)

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

# RECEIVED

SEP 4  2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

