# United States Court of Appeals
## For The District of Columbia Circuit

**No. 07-5302**  September Term, 2007

06cv00518

[1084542]

Sam L. Clemmons,
    Appellant

v.

U.S. Department of Homeland Security,
    Appellee

Filed On: December 4, 2007

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: 1/24/18
BY: [signature], Deputy Clerk

ATTACHED: ___ Amending Order
            ___ Opinion
            ___ Order on Costs

## ORDER

By order filed September 24, 2007, appellant was directed to either pay the $455.00 appellate docketing and filing fees to the Clerk of the District Court, or file a motion in district court by October 24, 2007. The order was sent to appellant by certified mail, return receipt requested and by first class mail. Appellant received and signed for the order on October 1, 2007. To date, appellant has not complied with the court's order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Elizabeth V. Scott
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: [signature], Deputy Clerk